**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00844-WYD-SKC

BRANDON FRESQUEZ,

      Plaintiff,

vs.

BNSF RAILWAY CO.,

      Defendant

---

**REVISED EXHIBIT LISTS**

---

      Defendant BNSF Railway Company, by its attorneys, Keith Goman and Gillian Dale of Hall & Evans, L.L.C., hereby files their revised exhibit lists pursuant to the Court's order dated October 10, 2018, Doc. 85.

      Plaintiff's exhibit list, with Defendant's objections noted, is attached as Exhibit A.

      Defendant's exhibit list, with Plaintiff's objections noted, is attached as Exhibit B.

      Respectfully submitted this 16th day of November, 2018.

                                **HALL & EVANS, L.L.C.**

                                By:  */s/ Keith Goman*
                                      Keith M. Goman, Esq.
                                      Gillian Dale, Esq.
                                      1001 Seventeenth Street, Suite 300
                                      Denver, Colorado 80202
                                      Telephone:  (303) 628-3300
                                      Facsimile:   (303) 628-3368
                                      Email:   gomank@hallevans.com
                                                        daleg@hallevans.com

3458861.1

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, I served a true and correct copy of the foregoing **REVISED EXHIBIT LISTS** through CM/ECF addressed to:

**Moody Law Firm**
Nicholas D. Thompson
nthompson@moodyrrlaw.com
500 Crawford Street
Portsmouth, VA 23704

*/s/ Rochelle Gurule*
_____
Hall & Evans, LLC
Keith M. Goman, Esq.
Gillian Dale, Esq.
1001 Seventeenth Street, Suite 300
Denver, Colorado 80202
Telephone:  (303) 628-3300
Facsimile:   (303) 628-3368
Email:  gomank@hallevans.com
           daleg@hallevans.com