THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Brandon Fresquez,<br><br>           Plaintiff,<br><br>v.<br><br>BNSF Railway Co.,<br><br>           Defendant. | No. 1:17-cv-00844-WYD-MLC<br><br><br>**JOINT STATUS REPORT** |

In accordance with Rule 16 and 26 and the Court's Order dated March 7, 2019 (Dkt. 154), the parties, through their counsel, submit this Joint Status Report.

The parties met and conferred and have been cooperating extensively regarding narrowing the remaining outstanding issues of back pay, front pay, and attorney's fees and costs to be awarded in this matter. The parties propose the following for final resolution of these issues:

**BACK PAY AND FRONT PAY**

The parties are in disagreement as to the amount of back pay and front pay that should be awarded to Brandon Fresquez (Fresquez) in this matter. The parties have stipulated to the admissibility of the report and deposition from Fresquez's economist, Mr. Opp (Ex. 60), which provides the calculation and basis for Fresquez' claimed back pay and front pay. Plaintiff contends that Mr. Opp's report takes into account Fresquez' efforts to mitigate his damages and is calculated to its present value. The parties have stipulated to the admissibility of the report and deposition from BNSF's expert, Ms. Bartmann. The parties also stipulate to the admissibility of the report and deposition from Fresquez's rebuttal expert, Dr. Stein (Ex. 61).

BNSF believes it is necessary to provide testimony from Ms. Bartmann regarding the failure of Fresquez to mitigate his damages. Depending on the testimony presented by Ms. Bartmann, Plaintiff would reserve the right to call to testify in response to her testimony, either or both, Fresquez or Mr. Opp. The parties desire a hearing for the presentation of this evidence on the issues of back pay and front pay. Further, upon the conclusion of evidence, the parties request oral argument on these issues.

## ATTORNEY'S FEES AND COSTS

The parties are in disagreement as to what the reasonable hourly rate is for the award of attorney's fees to Fresquez. Furthermore, BNSF anticipates objecting to some of the attorney fees and costs claimed in this matter. The parties propose submitting a Motion for Attorneys' Fees and Costs, with supporting affidavits, and a brief in opposition, with supporting affidavits. The purpose of the motion and brief in opposition would be to present the evidentiary basis for each party's claimed reasonable hourly rate and reasonable attorneys' fees and costs to be awarded in this matter. The parties do not anticipate an evidentiary hearing on the attorneys' fees and costs and anticipate stipulating to the admissibility of the affidavits submitted in support of a determination of the reasonable attorneys' fees and costs. However, the parties do request oral argument on these issues, and request the opportunity to present further written argument after the hearing if the Court believes it necessary.

The parties believe that back pay, front pay, and attorney's fees and costs can all be determined in a single combined hearing. Based on the proposed briefing schedule, the parties request that this hearing take place no sooner than six weeks from the date of this Joint Status Report.

Respectfully submitted,


/s/ Jonathan L. Stone
Jonathan L. Stone (VA#75483)  Keith M. Goman, Esq.
Nicholas D. Thompson (MN#0389609)  Gillian Dale, Esq.
THE MOODY LAW FIRM  Hall & Evans, LLC
500 Crawford Street, Suite 200  1001 Seventeenth Street, Suite 300
Portsmouth, VA 23704  Denver, CO  80202
(757) 393-4093 – Telephone  (303) 628-3329
jstone@moodyrrlaw.com  gomank@hallevans.com
nthompson@moodyrrlaw.com  daleg@hallevans.com

*Counsel for Plaintiff*  *Counsel for Defendant*

3856996.1