# EXHIBIT

# A

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF COLORADO

| | |
|---|---|
| Brandon Fresquez,<br><br>Plaintiff,<br><br>v.<br><br>BNSF Railway Co.,<br><br>Defendant. | Case No. 1:17-cv-844-WYD-MLC<br><br>**PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR BACK AND FRONT PAY** |

Under the Federal Railroad Safety Act, 49 U.S.C. § 20109 ("FRSA"), a plaintiff who prevails is entitled to backpay, with interest; reinstatement with the same seniority that the employee would have had but for the discrimination or, if reinstatement is not viable, reasonable front pay; and all litigation costs, including reasonable attorney fees. *See* 49 U.S.C. § 20109.

Front and Back Pay

On September 6, 2019, this Court held a hearing on the issue of back and front pay, and received into evidence the testimony and exhibits supporting Fresquez's calculations of both. In its November 4, 2019 order, this Court made multiple findings based on that evidence and directed the parties to provide supplemental expert reports calculating Fresquez's lost back and front pay consistent with the order. (Order (Dkt. 193) at 34-35.) Regarding the extent to which the supplemental reports are supposed to be consistent with the order, this Court made the following findings: (1) the testimony of Fresquez's expert—Jeffrey Opp—is sufficient to establish lost wages or front pay, and a cut-off date with an appropriate discount rate is sufficient to account for future uncertainty, Order at 12; 2) the evidence presented support its finding that Fresquez would likely have remained at BNSF for an additional ten years, *id.* at17; 3) under the circumstances presented at the hearing on Fresquez's motion for back and front pay, BNSF did

not carry its burden and show that Fresquez failed to mitigate his damages, *id.* at 21; 4) BNSF's request to reduce Fresquez's back pay by the amount Fresquez received in unemployment benefits is rejected; *id.* at25; 5) Opp used a logical method for determining Fesquez's lost future wages, *id.* at 26; And 6) the parties were to calculate the health benefit component of front pay by adding a multiplier to the straight pay wage losses as the court did in *Huebner v. City of Roswell*, 2002 WL 35649508 (Dec. 10, 2002 D.N.M.).

Opp, an experienced financial consultant and economist, was retained by Fresquez to calculate his backpay and front pay. Mr. Opp's report is attached hereto and incorporated herein to this brief in support of Fresquez's motion for front and back pay. Opp's attached report provides the numerical data supporting his computation of the total economic loss of Fresquez and was calculated pursuant to this Court's November 4, 2019 order. Based on the foregoing, Opp has concluded that Fresquez past lost wages amount to $183,198. Further, Mr. Opp has calculated Fresquez's future lost earnings in the amount of $457,877. Finally, this Court held that Fresquez would have only worked for BNSF for an additional ten years. As a result, Opp calculated in his attached report Fresquez's lost Tier I and Tier II RRB benefits under the assumption that Fresquez would have permanently left the employment of the railroad after an additional ten years. Opp concluded future lost Tier I RRB benefits in the amount of $57,062 and future lost Tier II RRB benefits in the amount of $25,400. Based on the foregoing authority, Fresquez seeks an award for backpay in the amount of $183,821, with interest, and front pay in the amount of $540,339, with interest, for a total award for lost wages and benefits in the amount of $723,537, with interest.

Interest

On November 4, 2019, this Court ordered the parties to calculate prejudgment interest using a fixed interest rate of 5.54 %, with such interest compounded monthly. The parties were further directed to use the formula approved by the Tenth Circuit in *Reed v. Mineta*, 438 F.3d 1063, 1067 n. 4 (10th Cir. 2006). Opp has been retained to calculate the interest pursuant to this Court's directive. However, for the reasons stated in the simultaneously filed motion for leave to file a late supplemental brief, Opp has not yet been able to complete these calculations. Undersigned counsel respectfully requests permission to file an updated Opp report with these interest calculations.

## CONCLUSION

Based on the foregoing authority, Fresquez seeks an award for backpay in the amount of $183,821, with interest, and fron tpay in the amount of $540,339, with interest, for a total award for lost wages and benefits in the amount of $723,537, with interest.

Respectfully submitted,

/s/ Jonathan L. Stone
Jonathan L. Stone (VA#75483)
Nicholas D. Thompson (MN#0389609)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-4093 – Telephone
(757) 397-7257 - Facsimile
nthompson@moodyrrlaw.com
jstone@moodyrrlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on the 26th day of November, 2019 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Keith M. Goman, Esq.
Gillian Dale, Esq.
Hall & Evans, LLC
1001 Seventeenth Street
Suite 300
Denver, CO 80202
gomank@hallevans.com
daleg@hallevans.com

                            /s/ Jonathan L. Stone
                            Jonathan L. Stone (VA#75483)

# – Brandon K. Fresquez –
# Total Losses

## Age 60 Retirement – 10 Year Front Pay Period – without Historical Health Benefit Losses and Future Health Benefit Differential Losses

| | |
|---|---|
| Historical Lost Earnings: | $ 183,198 |
| Projected Future Lost Earnings: | $ 457,877 |
| Projected Future Lost Tier I RRB Benefits: | $ 57,062 |
| Projected Future Lost Tier II RRB Benefits: | $ 25,400 |
| **Total Losses:** | **$723,537** |

Pre-Judgement Interest Compounded Monthly at 5.54% Through:

| | |
|---|---|
| December 17, 2019: | $ |
| December 18, 2019: | $ |
| December 19, 2019: | $ |

Schedule 1

-Brandon K. Fresquez-

**Historical and Projected Lost FRSA Earning Calculation - 10 Year From Hearing Front Pay Period**
**with No Historical Health Benefit Losses and Future Health Benefit Differential Losses**

| | Projected Unimpaired Railroad Earnings | | | | | | | | | | Actual Impaired Railroad and Projected Alternate Earnings | | | | | | | | | | | | Projected | Present |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period | Gross Wages | Annual Wages | 125 Cafe Contrib. | Health Benefits | (Less) Cxt. Shr. Emp. Exp | (Less) Tier I | (Less) Tier II | (Less) Med. | Net Rate | Period Rate | Part-Time Wages | Full-Time Wages | 125 Cafe Contrib. | Benefits | 401K Cont. Emp. Exp. | ER-Paid | (Less) Tier I/RS | (Less) Tier I | (Less) Tier II | (Less) Med. | Net Rate | Period Rate | Difference | Value 4% |
| **Historical Subtotal:** | | | | | | | | | | 303,837 | | | | | | | | | | | | 120,659 | 183,198 | 183,198 |
| **Future Subtotal:** | | | | | | | | | | 1,326,829 | | | | | | | | | | | | 764,003 | 563,826 | 457,877 |
| **Historical and Future Total** | | | | | | | | | | 1,630,666 | | | | | | | | | | | | 884,642 | 746,024 | 641,075 |

Note: Immaterial rounding occurs in schedule

Cpr and Company Inc.

-Brandon K. Fresquez-
**Tier I Benefit Computation**
**Unimpaired Railroad Earnings - Age 60.00 Retirement - 10 Year Front Pay Period**

Schedule 2

| Year | Max Wages | Index Factor | Indexed Earnings | Highest 35 Average | 90% of 1st: | 32% of Next: | 15% of Next: | Equals: |
|------|-----------|--------------|------------------|---------|--------|--------|--------|--------|
| 2045 | 83,968 (5) | 1.00000 | 83,968.11 | | | | | |
| 2043 | 124,408 (5) | 1.00000 | 124,408.28 | | | | | |
| 2042 | 119,643 (5) | 1.04646 | 125,202.05 | | | | | |
| 2041 | 115,061 (5) | 1.09508 | 126,000.86 | | | | | |
| 2040 | 110,654 (5) | 1.14596 | 126,804.71 | | | | | |
| 2039 | 106,416 (5) | 1.19920 | 127,613.65 | | | | | |
| 2038 | 102,340 (5) | 1.25491 | 128,427.71 | | | | | |
| 2037 | 98,420 (5) | 1.31321 | 129,246.92 | | | | | |
| 2044 | 129,363 (5) | 1.00000 | 129,362.85 | | | | | |
| 2036 | 94,651 (5) | 1.37423 | 130,071.31 | | | | | |
| 2035 | 91,025 (5) | 1.43807 | 130,900.92 | | | | | |
| 2034 | 87,539 (5) | 1.50489 | 131,735.77 | | | | | |
| 2033 | 84,186 (5) | 1.57480 | 132,575.91 | | | | | |
| 2032 | 80,961 (5) | 1.64797 | 133,421.36 | | | | | |
| 2031 | 77,860 (5) | 1.72453 | 134,272.16 | | | | | |
| 2030 | 74,878 (5) | 1.80466 | 135,128.33 | | | | | |
| 2029 | 130,416 (5) | 1.88850 | 246,290.64 | | | | | |
| 2028 | 151,131 (5) | 1.97624 | 298,671.64 | | | | | |
| 2027 | 145,212 (5) | 2.06806 | 300,307.32 | | | | | |
| 2026 | 139,521 (5) | 2.16414 | 301,942.96 | | | | | |
| 2025 | 134,049 (5) | 2.26468 | 303,578.09 | | | | | |
| 2024 | 128,787 (5) | 2.36990 | 305,212.20 | | | | | |
| 2023 | 123,727 (5) | 2.48001 | 306,844.78 | | | | | |
| 2022 | 118,863 (5) | 2.59523 | 308,475.26 | | | | | |
| 2021 | 114,185 (5) | 2.71580 | 310,103.07 | | | | | |
| 2020 | 109,687 (5) | 2.84198 | 311,727.60 | | | | | |
| 2019 | 105,362 (5) | 2.97402 | 313,348.21 | | | | | |
| 2018 | 103,764 (5) | 3.11219 | 322,933.52 | | | | | |
| 2014 | 88,761 (3) | 3.73213 | 331,265.93 | | | | | |
| 2015 | 93,521 (3) | 3.56643 | 333,537.14 | | | | | |
| 2017 | 107,409 (5) | 3.25678 | 349,805.87 | | | | | |
| 2012 | 85,790 (1) | 4.08697 | 350,620.96 | | | | | |
| 2013 | 89,794 (3) | 3.90552 | 350,693.91 | | | | | |
| 2011 | 83,219 (1) | 4.27685 | 355,913.48 | | | | | |
| 2016 | 104,546 (5) | 3.40809 | 356,300.93 | | | | | |
| 2010 | 83,219 (1) | 4.47555 | 372,449.22 | | | | | |
| 2008 | 79,478 (1) | 4.90108 | 389,530.31 | | | | | |
| 2007 | 75,972 (1) | 5.12879 | 389,644.30 | | | | | |
| 2009 | 83,219 (1) | 4.68349 | 389,753.21 | | | | | |
| 2005 | 70,128 (1) | 5.86852 | 411,547.65 | | | | | |
| 2006 | 73,401 (1) | 5.61064 | 411,824.50 | | | | | |
| | | | | 23,184 | 3,636 | 21,908 | -2,360 | 9,929 |

Life expectancy at age 60.00 =          19.65          9,929 X 12mos. =          119,148

119,148      for      19.65   years at -2.00% =          1,920,623 for   25.95   years at -6.00% =          **423,488**
                                                                      Plus Spousal Annuity(6):          **0**
                                                          (Less) Early Retirement Reduction(7)          **(169,395)**
                                                                                     Total:          **254,093**

Date of Birth:          08/17/85
Date of Report/Trial:          09/06/19
Age 60.00 Retire:          08/17/45
Normal Retire:          08/17/45
Current Age:          34.05
Current Life Expectancy:          45.60
Life Exp. At Retire:          19.65
Retirement Year:          2045
Retirement Year %:          62.42%

(1) Assumed creditable Tier I earnings
(2) Maximum creditable Tier I earnings
(3) Actual creditable Tier I earnings
(4) Projected maximum Tier I earnings
(5) Projected creditable Tier I earnings
(6) Equal to 50.00% of the railroader earned benefit
(7) Equal to 1/180th for 1st 36 and 1/240th of remaining months retiring prior to normal SS/RRB retirement age

-Brandon K. Fresquez-
Tier I Benefit Computation
Impaired Railroad and Alternate Earnings - Age 60.00 Retirement - 10 Year Front Pay Period

Schedule 3

| Year | Max Wages | | Index Factor | Indexed Earnings | Highest 35 Average | Sum Of: 90% of 1st: | 32% of Next: | 15% of Next: | Equals: |
|------|-----------|---|--------------|------------------|--------------------|---------------------|--------------|--------------|---------|
| 2016 | 16,701 | (5) | 3.40809 | 56,916.81 | | | | | |
| 2017 | 18,998 | (5) | 3.25678 | 61,872.50 | | | | | |
| 2045 | 83,968 | (5) | 1.00000 | 83,968.11 | | | | | |
| 2043 | 124,408 | (5) | 1.00000 | 124,408.28 | | | | | |
| 2042 | 119,643 | (5) | 1.04646 | 125,202.05 | | | | | |
| 2041 | 115,061 | (5) | 1.09508 | 126,000.86 | | | | | |
| 2040 | 110,654 | (5) | 1.14596 | 126,804.71 | | | | | |
| 2039 | 106,416 | (5) | 1.19920 | 127,613.65 | | | | | |
| 2038 | 102,340 | (5) | 1.25491 | 128,427.71 | | | | | |
| 2037 | 98,420 | (5) | 1.31321 | 129,246.92 | | | | | |
| 2044 | 129,363 | (5) | 1.00000 | 129,362.85 | | | | | |
| 2036 | 94,651 | (5) | 1.37423 | 130,071.31 | | | | | |
| 2035 | 91,025 | (5) | 1.43807 | 130,900.92 | | | | | |
| 2034 | 87,539 | (5) | 1.50489 | 131,735.77 | | | | | |
| 2033 | 84,186 | (5) | 1.57480 | 132,575.91 | | | | | |
| 2032 | 80,961 | (5) | 1.64797 | 133,421.36 | | | | | |
| 2031 | 77,860 | (5) | 1.72453 | 134,272.16 | | | | | |
| 2030 | 74,878 | (5) | 1.80466 | 135,128.33 | | | | | |
| 2029 | 72,010 | (5) | 1.88850 | 135,989.93 | | | | | |
| 2018 | 43,883 | (5) | 3.11219 | 136,572.87 | | | | | |
| 2028 | 69,251 | (5) | 1.97624 | 136,856.97 | | | | | |
| 2027 | 66,599 | (5) | 2.06806 | 137,729.50 | | | | | |
| 2026 | 64,047 | (5) | 2.16414 | 138,607.54 | | | | | |
| 2025 | 61,594 | (5) | 2.26468 | 139,491.14 | | | | | |
| 2024 | 59,235 | (5) | 2.36990 | 140,380.32 | | | | | |
| 2023 | 56,966 | (5) | 2.48001 | 141,275.13 | | | | | |
| 2022 | 54,783 | (5) | 2.59523 | 142,175.59 | | | | | |
| 2021 | 52,685 | (5) | 2.71580 | 143,081.75 | | | | | |
| 2020 | 50,667 | (5) | 2.84198 | 143,993.64 | | | | | |
| 2019 | 48,726 | (5) | 2.97402 | 144,911.30 | | | | | |
| 2014 | 88,761 | (3) | 3.73213 | 331,265.93 | | | | | |
| 2015 | 93,521 | (3) | 3.56643 | 333,537.14 | | | | | |
| 2012 | 85,790 | (1) | 4.08697 | 350,620.96 | | | | | |
| 2013 | 89,794 | (3) | 3.90552 | 350,693.91 | | | | | |
| 2011 | 83,219 | (1) | 4.27685 | 355,913.48 | | | | | |
| 2010 | 83,219 | (1) | 4.47555 | 372,449.22 | | | | | |
| 2008 | 79,478 | (1) | 4.90108 | 389,530.31 | | | | | |
| 2007 | 75,972 | (1) | 5.12879 | 389,644.30 | | | | | |
| 2009 | 83,219 | (1) | 4.68349 | 389,753.21 | | | | | |
| 2005 | 70,128 | (1) | 5.86852 | 411,547.65 | | | | | |
| 2006 | 73,401 | (1) | 5.61064 | 411,824.50 | | | | | |
| | | | | | 17,470 | 3,636 | 13,834 | 0 | 7,699 |

Life expectancy at age 60.00 =          19.65       7,699 X 12mos. =      92,391

92,391     for      19.65  years at -2.00% =      1,489,308 for     25.95  years at -6.00% =    328,385
                                                                            Plus Spousal Annuity(6):           0
                                                             (Less) Early Retirement Reduction(7)    (131,354)
                                                                                          Total:     197,031

| | |
|---|---|
| Date of Birth: | 08/17/85 |
| Date of Report/Trial: | 09/06/19 |
| Age 60.00 Retire: | 08/17/45 |
| Normal Retire: | 08/17/52 |
| Current Age: | 34.05 |
| Current Life Expectancy: | 45.60 |
| Life Exp. At Retire: | 19.65 |
| Retirement Year: | 2045 |
| Retirement Year %: | 62.42% |

(1) Assumed creditable Tier I earnings
(2) Maximum creditable Tier I earnings
(3) Actual creditable Tier I earnings
(4) Projected maximum Tier I earnings
(5) Projected creditable Tier I earnings
(6) Equal to 50.00% of the railroader earned benefit
(7) Equal to 1/180th for 1st 36 and 1/240th of remaining months retiring prior to normal SS/RRB retirement age

**-Brandon K. Fresquez-**
**Tier II Benefit Computation**
**Unimpaired Railroad Earnings - Age 60.00 Retirement - 10 Year Front Pay Period**

Schedule 4

| Year | Wages | 60 Month Average |
|------|-------|------------------|
| 2011 | 79,200 (1) | |
| 2012 | 81,900 (1) | |
| 2013 | 84,300 (1) | |
| 2014 | 87,000 (1) | |
| 2015 | 88,200 (1) | |
| 2016 | 92,963 (1) | |
| 2017 | 94,500 (1) | |
| 2018 | 96,300 (1) | |
| 2019 | 99,000 (1) | |
| 2020 | 102,600 (1) | |
| 2021 | 106,500 (1) | |
| 2029 | 107,726 (4) | |
| 2022 | 110,700 (1) | |
| 2023 | 114,900 (1) | |
| 2024 | 119,400 (1) | |
| 2025 | 123,794 (3) | |
| 2026 | 128,350 (3) | |
| 2027 | 133,073 (3) | |
| 2028 | 137,970 (3) | |

10,710   X 23.68 Years of Service X .007 =        1,775.43

Life expectancy at age 60.00 =        19.66        1,775 X 12mos.=   21,305

| 21,305 | for | 19.66 | years at -4.70% : 269,516 | for | 25.94  years at -6.00%= | 59,436 |
|--------|-----|-------|---------------------------|-----|-------------------------|--------|
| | | | | | (Less) Early Retirement Reduction(5) | (23,775) |
| | | | | | Total: | 35,662 |

| | |
|---|---|
| Date of Birth: | 08/17/85 |
| Eff. Date of Hire: | 01/01/06 |
| Eff. Last Day Worked. | 09/07/29 |
| Date of Calculation: | 09/07/19 |
| Age 60.00 Retire: | 08/17/45 |
| Normal Retire: | 08/17/45 |
| Service Years | 23.68 |
| Current Age | 34.06 |
| Current Life Exp. | 45.60 |
| Life Exp. @ Retire: | 19.66 |
| Retirement Year: | 2045 |
| Retirement Year %: | 62.42% |

(1)  Maximum creditable Tier II earnings
(2)  Actual creditable Tier II earnings
(3)  Projected maximum creditable Tier II earnings
(4)  Assumed creditable Tier II earnings
(5)  Equal to 1/180th for 1st 36 and 1/240th of remaining months retiring prior to normal SS/RRB retirement age

**Opp and Company, Inc.**

**-Brandon K. Fresquez-**                                                    Schedule 5
**Tier II Benefit Computation**
**Impaired Railroad Earnings - Age 60.00 Retirement - 10 Year Front Pay Period**

| Year | Wages | 60 Month Average | | | |
|------|-------|---------|---|---|---|
| 2016 | 33,016 (2) | | | | |
| 2011 | 79,200 (1) | | | | |
| 2012 | 81,900 (1) | | | | |
| 2013 | 84,300 (1) | | | | |
| 2014 | 87,000 (1) | | | | |
| 2015 | 88,200 (1) | | | | |
| | | 7,010 | X10.41 Years of Service X .007 = | | 510.92 |

Life expectancy at age 60.00 =      19.66           511 X 12mos.=      6,131

| 6,131 | for | 19.66 | years at -4.70% : | 77,559 | for | 25.94  years at -6.00%= | **17,104** |
|-------|-----|-------|-------------------|--------|-----|---------------|--------|
| | | | | | | (Less) Early Retirement Reduction(5) | **(6,842)** |
| | | | | | | Total: | **10,262** |

| | |
|---|---|
| Date of Birth: | 08/17/85 |
| Eff. Date of Hire: | 01/01/06 |
| Eff. Last Day Worked: | 05/31/16 |
| Date of Calculation: | 09/07/19 |
| Age 60.00 Retire: | 08/17/45 |
| Normal Retire: | 08/17/52 |
| Service Years | 10.41 |
| Current Age | 34.06 |
| Current Life Exp. | 45.60 |
| Life Exp. @ Retire: | 19.66 |
| Retirement Year: | 2045 |
| Retirement Year %: | 62.42% |

(1) Maximum creditable Tier II earnings
(2) Actual creditable Tier II earnings
(3) Projected maximum creditable Tier II earnings
(4) Assumed creditable Tier II earnings
(5) Equal to 1/180th for 1st 36 and 1/240th of remaining months retiring prior to normal SS/RRB retirement age

14

-Brandon K. Fresquez-
BNSF Employees Wage Comparison

Schedule 6.1

| Roster Rank | BNSF/Fresquez Bates Range | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|
| | BNSF3531-3535 / 003661-003665 | 65,829.13 | 71,013.33 | 75,748.16 | 69,232.73 | 68,929.19 | 74,836.87 |
| | BNSF3536-3540 / 003656-003660 | 74,878.42 | 79,488.28 | 91,177.05 | 127,362.49 | 42,083.55 (1) | 90,262.47 |
| | BNSF3541-3545 / 003666-003670 | 76,162.62 | 83,879.10 | 96,926.38 | 100,702.95 | 95,710.19 | 108,880.95 |
| | BNSF3546-3550 / 003637-003641 | 72,341.47 | 66,842.63 | 90,520.47 | 79,204.19 | 67,399.11 | 3,424.66 (2) |
| | BNSF3551-3555 / 003651-003655 | 65,867.92 | 73,853.54 | 91,179.34 | 79,672.56 | 88,713.20 | 96,301.99 |
| | BNSF3556-3560 / 003642-003646 | 67,963.12 | 70,237.57 | 81,446.28 | 76,088.35 | 111,802.97 | 37,941.19 (2) |
| | BNSF003632-003636 | 74,245.36 | 94,334.38 | 97,468.68 | 121,201.11 | 144,734.89 | 6,728.34 (2) |
| | BNSF003647-003650 | 9,468.05 (1) | 1,250.00 (1) | 0.00 (1) | 0.00 (1) | | |
| Average | | 71,041.15 | 77,092.69 | 89,209.77 | 93,352.05 | 96,214.93 | 92,570.57 |
| % Increase Previous Year | | | 8.52% | 15.72% | 4.64% | 3.07% | -3.79% |
| % Average Increase Previous Year - 2013 - 2018 | | | | | | | 5.63% |
| BK Fresquez | | 92,170.40 | 91,136.64 | 95,897.29 | | | |
| $ Difference | | 21,129.25 | 14,043.95 | 6,687.52 | 13,953.58 | 13,953.58 | 13,953.58 |
| Average Diff. Fresquez v. Roster Average: | | | | | 13,953.58 | 13,953.58 | 13,953.58 |
| Projected Fresquez Wage - $ | | | | | $107,305.63 | $110,168.50 | $106,524.15 |

(1) Not used in average due to incomplete service year
(2) Not used in average due to incomplete information provided

Opp and Company, Inc.

Schedule 6.2

# -Brandon K. Fresquez-
## Projected Railroad Wages Calculation - Track Inspector

*Projected Uninjured Wages - Adjusted 2018 Amounts*

| Date | Reason | Increase | New Rate | Annual |
|------|--------|----------|----------|--------|
| 12/31/18 | Adjusted Amount | N/A | $ 106,524.15 | |
| 7/1/19 | NCCC/BMWED 2018 National Rail Contrac | 3.00% | $ 109,719.87 | $108,122.01 |

Note: Immaterial rounding occurs in schedule

Opp and Company, Inc.

-Brandon K. Fresquez-

Schedule 7

## Annualized 2018 SAFEBuilt Earnings Calculation

| Company | Period | Portion of Year | Gross Wages | ER-Paid Health | Pre-Tax Med. Cont. | 401(k) Cont. |
|---|---|---|---|---|---|---|
| **2018** | | | | | | |
| SAFEBuilt | Weekly | 0.0192 | 951.35 | 205.02 | 78.92 | 28.54 |
| | Balance of Calendar Year | 0.9808 | 48,518.85 | 10,456.02 | 4,024.92 | 1,455.54 |
| Total | | 1.0000 | 49,470.20 | 10,661.04 | 4,103.84 | 1,484.08 |

Opp and Company, Inc.

Schedule 8

-Brandon K. Fresquez-

**Annualized 2018 Charles Abbott Wages Calculation**

| Company | Period | Portion of Year | Annual Wages | Annual Bonus(1) | Annual Total |
|---|---|---|---|---|---|
| **2018** | | | | | |
| Charles Abbott Assoc., Inc. | Pay Period | 0.0385 | 1,961.60 | 2,000.00 | 3,961.60 |
| | Balance of Calendar Year | 0.9615 | 49,040.00 | 0.00 | 49,040.00 |
| Total | | 1.0000 | **51,001.60** | **2,000.00** | **53,001.60** |

(1)  One-Time annual non-reoccurring bonus

Opp and Company, Inc.

-**Brandon K. Fresquez**
**Unimpaired Railroad Earnings Calculation**

Schedule 9

| Year | Gross Wages | | 125 Café Contrib. | Other Income | Net Wages |
|---|---|---|---|---|---|
| *Adjusted Seniority Roster Earnings with Standard Increases* | | | | | |
| 2016 | 107,305.63 | (1) | 2,760.00 | - | 104,545.63 |
| 2017 | 110,168.50 | (1) | 2,760.00 | - | 107,408.50 |
| 2018 | 106,524.15 | (1) | 2,760.00 | - | 103,764.15 |
| 2019 | 108,122.01 | (2) | 2,760.00 | - | 105,362.01 |
| 2020 | 112,446.89 | (3) | 2,760.00 | - | 109,686.89 |
| 2021 | 116,944.76 | (3) | 2,760.00 | - | 114,184.76 |
| 2022 | 121,622.55 | (3) | 2,760.00 | - | 118,862.55 |
| 2023 | 126,487.46 | (3) | 2,760.00 | - | 123,727.46 |
| 2024 | 131,546.95 | (3) | 2,760.00 | - | 128,786.95 |
| 2025 | 136,808.83 | (3) | 2,760.00 | - | 134,048.83 |
| 2026 | 142,281.19 | (3) | 2,760.00 | - | 139,521.19 |
| 2027 | 147,972.43 | (3) | 2,760.00 | - | 145,212.43 |
| 2028 | 153,891.33 | (3) | 2,760.00 | - | 151,131.33 |
| 2029 | 160,046.98 | (3) | 2,760.00 | - | 157,286.98 |
| 2030 | 166,448.86 | (3) | 2,760.00 | - | 163,688.86 |
| 2031 | 173,106.82 | (3) | 2,760.00 | - | 170,346.82 |
| 2032 | 180,031.09 | (3) | 2,760.00 | - | 177,271.09 |
| 2033 | 187,232.33 | (3) | 2,760.00 | - | 184,472.33 |
| 2034 | 194,721.63 | (3) | 2,760.00 | - | 191,961.63 |
| 2035 | 202,510.49 | (3) | 2,760.00 | - | 199,750.49 |
| 2036 | 210,610.91 | (3) | 2,760.00 | - | 207,850.91 |
| 2037 | 219,035.35 | (3) | 2,760.00 | - | 216,275.35 |
| 2038 | 227,796.76 | (3) | 2,760.00 | - | 225,036.76 |
| 2039 | 236,908.63 | (3) | 2,760.00 | - | 234,148.63 |
| 2040 | 246,384.98 | (3) | 2,760.00 | - | 243,624.98 |
| 2041 | 256,240.38 | (3) | 2,760.00 | - | 253,480.38 |
| 2042 | 266,489.99 | (3) | 2,760.00 | - | 263,729.99 |
| 2043 | 277,149.59 | (3) | 2,760.00 | - | 274,389.59 |
| 2044 | 288,235.58 | (3) | 2,760.00 | - | 285,475.58 |
| 2045 | 299,765.00 | (3) | 2,760.00 | - | 297,005.00 |

(1) Assumed to be equal to adjusted seniority roster amoutns
(3) Assumed to be equal to adjusted 2018 amounts, plus contractual increases
(3) Assumed to be equal to previous amounts plus 4.00% annual increases

Note: Immaterial rounding occurs in schedule

Opp and Company, Inc.

-Brandon K. Fresquez-
**Impaired Railroad and Alternate Earnings Calculation**

Schedule 10

| Year | Alternate Wages | | 125 Café Contrib. | Net Wages |
|------|------------|---|-----------|-----------|
| **2018 Earnings with Standard Increases** | | | | |
| 2016 | 16,700.50 | | - | 16,700.50 |
| 2017 | 18,998.06 | | - | 18,998.06 |
| 2018 | 47,301.23 | (1) | 3,417.99 | 43,883.23 |
| 2019 | 53,001.60 | (2) | 4,275.79 | 48,725.81 |
| 2020 | 55,121.66 | (3) | 4,454.95 | 50,666.72 |
| 2021 | 57,326.53 | (3) | 4,641.61 | 52,684.92 |
| 2022 | 59,619.59 | (3) | 4,836.09 | 54,783.50 |
| 2023 | 62,004.38 | (3) | 5,038.72 | 56,965.65 |
| 2024 | 64,484.55 | (3) | 5,249.85 | 59,234.70 |
| 2025 | 67,063.93 | (3) | 5,469.82 | 61,594.12 |
| 2026 | 69,746.49 | (3) | 5,699.00 | 64,047.49 |
| 2027 | 72,536.35 | (3) | 5,937.79 | 66,598.56 |
| 2028 | 75,437.80 | (3) | 6,186.58 | 69,251.22 |
| 2029 | 78,455.32 | (3) | 6,445.80 | 72,009.52 |
| 2030 | 81,593.53 | (3) | 6,715.88 | 74,877.65 |
| 2031 | 84,857.27 | (3) | 6,997.27 | 77,859.99 |
| 2032 | 88,251.56 | (3) | 7,290.46 | 80,961.10 |
| 2033 | 91,781.62 | (3) | 7,595.93 | 84,185.69 |
| 2034 | 95,452.89 | (3) | 7,914.20 | 87,538.69 |
| 2035 | 99,271.00 | (3) | 8,245.81 | 91,025.20 |
| 2036 | 103,241.84 | (3) | 8,591.30 | 94,650.54 |
| 2037 | 107,371.52 | (3) | 8,951.28 | 98,420.24 |
| 2038 | 111,666.38 | (3) | 9,326.34 | 102,340.04 |
| 2039 | 116,133.03 | (3) | 9,717.11 | 106,415.92 |
| 2040 | 120,778.35 | (3) | 10,124.26 | 110,654.09 |
| 2041 | 125,609.49 | (3) | 10,548.47 | 115,061.02 |
| 2042 | 130,633.87 | (3) | 10,990.45 | 119,643.42 |
| 2043 | 135,859.22 | (3) | 11,450.95 | 124,408.28 |
| 2044 | 141,293.59 | (3) | 11,930.74 | 129,362.85 |
| 2045 | 146,945.33 | (3) | 12,430.64 | 134,514.70 |

(1) Assumed to be equal to calculated
    SAFEBuilt and Charles Abbott amounts
(2) Assumed to be equal to annualized
    2018 Charles Abbott amounts
(3) Assumed to be equal to previous annualized
    amounts plus 4.00% annual increases

Opp and Company, Inc.

Schedule 14

## -Brandon K. Fresquez- Earnings Comparison

| Year | Railroad Wages | Tier I Max | Wages as a % of T1 Max | Sick Pay | Other Wages(1) | PreTax Cont.(2) | Total RR Income | Tax Int. Income | Other Income | Sch D Income | Sch E Income | Pension & Ann. | Unemp. Comp. | Total Income | RR Exp. | Total % of RR Wages | Federal TX Paid | State TX Paid | ER-Paid Health(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | 89,794 | 113,700 | 78.97% | - | - | 2,376 | 92,170 | - | - | - | - | - | - | 89,794 | - | 0.00% | 9,217 | 3,123 | |
| 2014 | 88,761 | 117,000 | 75.86% | - | - | 2,376 | 91,137 | - | - | - | - | - | - | 88,761 | - | 0.00% | 13,875 | 4,516 | |
| 2015 | 93,521 | 118,500 | 78.82% | - | - | 2,376 | 96,897 | - | - | - | - | - | - | 93,521 | - | 0.00% | 7,813 | 2,719 | |
| 2016 | 33,016 | 118,500 | 27.86% | - | 16,701 | 990 | 34,006 | - | - | - | - | - | 4,899 | 54,615 | - | 0.00% | - | - | |
| 2017 | - | 127,200 | 0.00% | - | 18,782 | 216 | 18,998 | - | - | - | - | - | 9,653 | 28,435 | - | 0.00% | - | - | |
| 2018 | - | 127,200 | 0.00% | - | 42,647 | 4,654 | 47,301 | - | - | - | - | - | 9,653 | 52,300 | - | 0.00% | - | - | 8. |

Averages:   2013-2015   77.92%   2013-2015   0.00%

(1) 2018 other wages based upon annual salary of $49,470 for the period 1/1/18 - 11/15/18 for SAFEbuilt and annual salary of $53,002 for the period 11/19/18 - 12/31/18 for Charles Abbott
(2) 2018 pre-tax contributions based upon weekly rate of $28.54 for the period 1/1/18 - 11/15/18
(3) 2018 employer contributions based upon weekly rate of $205.02 for the period 1/1/18 - 11/15/18

Source: Brandon K. Fresquez's TRs, W-2s, paystubs and Callout Report

Opp and Company, Inc.

-Brandon K. Fresquez-
## Key Dates

| | |
|---|---|
| **Date of Hearing-** | **09/06/19** |
| **Date of Birth-** | **08/17/85** |
| **Seniority Date-** | **11/07/05** |
| **Effective Seniority Date-**<br>(Mr. Fresquez missed two months of service in 2010) | **01/01/06** |
| **Date of Termination-** | **05/27/16** |
| **Date Railroad Insurance Ended - Plaintiff-** | **09/30/16** |
| **Date of Part-Time Hire - SAFEbuilt-** | **08/07/17** |
| **Date of Full-Time Hire - SAFEbuilt-** | **10/15/17** |
| **Date Insurance Coverage Began - SAFEbuilt-** | **01/01/18** |
| **Last Date Worked - SAFEbuilt-** | **11/15/18** |
| **Date of Hire - Charles Abbott-** | **11/19/18** |
| **Date Insurance Coverage Began - Charles Abbott-** | **01/01/19** |
| **Front Pay Loss Period -** | **10 Years** |
| **Earliest Pre-Injury Planned Retirement Date -**<br>(Mr. Fresquez planned on working at least until age 60 and could have first retired with an RRB benefit) | **08/17/45** |
| **Normal Social Security Retirement Date -** | **08/17/52** |
| **Craft-** | **Track Inspector** |
| **Union** | **BMWED** |
| **Actual Total Service Months-** | **125** |

12



# JEFFREY B. OPP

399 Perry Street, Suite 201                                          Office   (303) 694-7507
Castle Rock, Colorado 80104                                          Fax      (303) 694-7508

### Summary

Thirty-four years professional experience, including thirty-one years of financial and litigation consulting and three years of real estate management and accounting. Determined losses resulting from the failure of several Savings and Loan Associations, and Commercial Banking Institutions. Assisted attorneys and insurance agents in the preparation or review of thousands of lost profit claims and personal injury damage analyses. Prepared lost earnings computations in numerous wrongful termination class-action matters involving thousands of class members. Analyzed and calculated damages in several real estate lawsuits. Assisted real estate partnerships with leasing, management, accounting, and tax services for numerous properties including an $18 million office building, six residential buildings, and a $3 million strip-mall.

### Education

University of Denver, Denver, CO, 1983 - 1987
B.A., Economics

### Affiliations

Opp & Company, Inc., Castle Rock, CO, 2015 - Present
Principal - Financial and litigation consulting firm

Caulson, Opp & Associates, P.C., Denver, CO, 1992 - 2015
Principal - Financial and litigation consulting firm

Karraker & Taylor, P.C., Denver, CO, 1988 - 1992
Consultant - Financial and litigation consulting firm

United States Army Reserve, 1988 - 1998
1st Lieutenant - Infantry

Jeffrey B. Opp, Property Management, Denver, CO, 1983 - 1988
Sole Practitioner - Property leasing, management, accounting, and tax services practice

### Publications

The Plaintiffs and Defense Attorney's Guide to Understanding Economic Damages, Michael L. Brookshire, Ph.D., Frank Slesnick, Ph.D. and John O. Ward, Ph.D. Editors, Contributing Author: The Special Issues of F.E.L.A. Cases.



## Community and Professional Activities

Kappa Sigma Alumni Association (Member, Current)
Warriors Youth Football (Coach, 2001 - 2006)
Colorado Youth Rugby (Coach, 1987 - 2008)

## Experience

*Litigation Consulting*

- Prepared or reviewed lost profit claims and personal injury and wrongful death damages in over 3,500 lawsuits.

- Determined damages in several commercial and residential real estate disputes, assisting in preparing property valuations, cash flow analyses, and cost accounting.

- Determined the damages resulting from defaulted loans made by several large Savings and Loan Associations which cumulatively led to the failure of the institutions.

- Identified and analyzed the negligent lending procedures of a large, real estate dependent bank, and documented the bank's consequent losses and ultimate financial insolvency.

- Discovered and quantified fraud by the officers and directors of a federally insured bank as well as third-party contractors, which resulted in the loss of hundreds of millions of dollars and the failure of the institution.

- Developed and implemented a methodology for accumulating and supporting costs related to a worldwide product recall, which exceeded $50 million.

- Served as the financial expert in numerous wrongful termination class-action matters. Tasks included statistical analysis of liability issues, calculation of lost earnings, as well as lost pension benefits.

- Determined losses resulting from non-performance on a multi-million dollar asbestos abatement contract, analyzing concealed conditions claims, excess costs, and lost contract profits.

- Analyzed the lost profits of an independent insurance agency terminated by a major national insurance company, including documenting significant agency management irregularities, account losses, and damage claim overstatements.

- Performed several loss assessments relating to the termination of manufacturer's representatives, analyzing historical profits and potential future losses.

- Documented the significant financial irregularities and accounting errors of a large Colorado retail store, and prepared related analyses disputing the alleged constructive eviction losses of the store.



*Litigation Consulting Continued*

- Prepared or reviewed loss claims in **trade secrets and patent infringement cases**, analyzing sales volumes, gross margins, costs, and profits.

- Analyzed the profitability of over 100 publications for a **medium-sized publishing company** over a ten-year period. Tasks included database development, overhead allocation, research and development costing, and royalty assignments.

- Prepared or reviewed lost wage and pension benefit claims in over 1,000 **railroad personal injury lawsuits**.

*Financial Consulting*

- Developed a time and motion study program for the **State of Colorado** for use in their purchasing department.

- Rendered opinions as to the relative value of numerous **closely held companies**. Analyzing such issues as cash flow, minority interest discounts, and goodwill.

- Developed and supervised an evaluation of a major national insurance carrier's PIP files to determine more effective methods of processing **PIP claims**.

- Determined inventory and business interruption losses from water damage to a large **Denver retailer**.

- Prepared economic projections for a major broadcasting company in connection with a **bankruptcy workout**.

- Determined costs for national product recall of roofing material involving thousands of customers.

*Real Estate Management*

- Controlled operations of six **residential real estate projects**, providing leasing, management, tax, and accounting services.

- Assisted a real estate partnership in the successful turnaround of a **large commercial real estate project**, which had been placed into receivership.

- Assisted in the preparation of tax and financial reports for over 20 **real estate partnerships**.



## 2019 Rate Schedule and Fee Policy

| Professional | Hourly Rate |
|---|---|
| Jeffrey B. Opp | $ 375.00 |
| Nicholas D. Opp | $ 185.00 |
| | |
| Clerical | $ 90.00 |

Deposition time will be billed at standard hourly rates on a pre-paid basis. The total amount of the requested deposition time including travel time to and from the deposition site must be received prior to the commencement of the deposition. If payment is not received 48 hours prior to the deposition, the deposition will be cancelled. No refunds will be given for depositions lasting less than the requested time. No depositions will last longer than the paid for requested time including travel time unless mutually agreeable arrangements are made prior to the start of the extra time. Payment for the total requested time is required for any deposition that is scheduled and later cancelled by the party requesting the deposition either prior to or after payment is received for the deposition. Depositions may be rescheduled once by the party requesting the deposition without penalty. Any additional rescheduling of depositions by the party requesting the deposition will be considered a cancellation and payment for the total requested time will be required for the cancelled deposition and any rescheduled deposition.

Opp & Company, Inc. will pass-through as additional charges external out-of-pocket expenses incurred at the request of clients.



## Testimony Presented by Jeffrey B. Opp - January 1, 2015 Through Current

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Trial | 7-Jan-15 | Ricky L. Bass, et al. v. Creighton J. Spies | Broomfield County Dist. | 12CV30024 |
| Trial | 13-Jan-15 | Jamie Meyers v. Andrew Ross, MD, et al | Arapahoe County Dist. | 2010CV2003 |
| Trial | 15-Jan-15 | John Nicolopolous v. Joyce Dowdy | Arapahoe County Dist. | 13CV411 |
| Trial | 28-Jan-15 | Ann M. Brokaw v. Gene Bircher and Jessica Hyde | Boulder County Dist. | 2013CV31288 |
| Deposition | 9-Feb-15 | Danny Snapp v. The BNSF Railway Company | U.S. Dist.-W. WA | 3:10-cv-05577RBL |
| Deposition | 16-Feb-15 | Thomas Baker v. The BNSF Railway Company | Denver County Dist. | 14CV31834 |
| Trial | 20-Feb-15 | William Bisson v. The BNSF Railway Company | U.S. Dist.-E. WA | CV-13-330-RHW |
| Deposition | 23-Feb-15 | Karen Kelley, et al. v. Auk Enterprises, et al. | La Plata County Dist | 2013CV14 |
| Deposition | 24-Feb-15 | James Vaughn v. Safeway, Inc. | U.S. Dist.-Colorado | 14-cv-01066-REB-NYW |
| Deposition | 2-Mar-15 | Daniel J. Kothenbeutel, et al. v. Tecta America CO, LLC | Denver County Dist. | 2014CV032113 |
| Trial | 4-Mar-15 | Brenda Strand v. State Farm Mutual Automobile Insurance Co. | El Paso County Dist. | 13CV031419 |
| Deposition | 11-Mar-15 | Carlos Falagan v. The Union Pacific Railroad Company, et al | Cook Cnt. Circ.-IL. | 10L1091F |
| Deposition | 13-Mar-15 | Renee Ladwig v. United Airlines, Inc. | U.S. Dist.-Colorado | 14-cv-02152-RBJ-MJW |
| Deposition | 17-Mar-15 | Michael Elliott v. The BNSF Railway Company | U.S. Dist.-W. WA | 14-CV-05054-RBL |
| Deposition | 25-Mar-15 | Jennifer Villanueva v. Freemont County | U.S. Dist.-Colorado | 14-cv-01645-RM-BNB |
| Trial | 31-Mar-15 | Thomas Baker v. The BNSF Railway Company | Denver County Dist. | 14CV31834 |
| Deposition | 1-Apr-15 | Dana Fields, et al. v. Eli Lilly & Company | U.S. Dist.-N. AL. | 2:13CV0035-WKW |
| Deposition | 1-Apr-15 | Angela Shoemake, et al. v. Eli Lilly & Company | U.S. Dist.-W. NC | 5:13CV00013-RLV-DCK |
| Trial | 21-Apr-15 | Danny Snapp v. The BNSF Railway Company | U.S. Dist.-W. WA | 3:10-cv-05577RBL |
| Trial | 24-Apr-15 | Don Ingermann, et al. v. Eric Jamrich, MD, et al. | Denver County Dist. | 13CV33998 |
| Trial | 27-Apr-15 | Valerie Scheinman v. Nicolette A. Picerno, M.D., et al. | Denver County Dist | 2012-CV-2561 |
| Deposition | 29-Apr-15 | Diahnna Laverne v. American Airlines, Inc | U.S. Dist.-Cent. CA | 2:14-cv-03538-AJW |
| Trial | 5-May-15 | Kristina Mueller v. State Farm Mutual Insurance Company | Jefferson County Dist. | 2014-CV-30815 |



Opp
& COMPANY, INC.

## Testimony Presented by Jeffrey B. Opp - January 1, 2015 Through Current

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Trial | 6-May-15 | Jeffrey Holbrook v. The BNSF Railway Company | Spokane Cty Dist.-WA | 13-02-01256-6 |
| Trial | 23-Jun-15 | Michael Elliott v. The BNSF Railway Company | U.S. Dist.-W. WA | 14-CV-05054-RBL |
| Hearing | 30-Jun-15 | Brenda Strand v. State Farm Mutual Automobile Insurance Co. | El Paso County Dist. | 13CV031419 |
| Deposition | 29-Jul-15 | Brenda C. McGehee, et al. v. City and County of Denver, et al. | Denver County Dist. | 2014CV33596 |
| Deposition | 12-Aug-15 | Katherine K. Paeglow v. SCL-Front Range, Inc., et al. | Jefferson County Dist. | 2014-CV-32424 |
| Deposition | 18-Aug-15 | Monique A. Maldonado v. Chad M. Knutsen | Larimer County Dist. | 2014-CV-10842 |
| Deposition | 19-Aug-15 | Therese Byorick v. Wyle Laboratories, Inc., et al. | U.S. Dist.-Colorado | 14-cv-02200-WJM-KMT |
| Deposition | 24-Aug-15 | Alan Shackelford, M.D. v. U.S. Beef Corporation | U.S. Dist.-Colorado | 14-cv-01856-REB-MJW |
| Deposition | 11-Sep-15 | John Lansel, et al. v. William R. Henry, III, et al. | Snohomish Cty Dist.-WA | 13-2-08469-2 |
| Deposition | 14-Sep-15 | Charles Emery, et al. v. Carol Koogler | King Cty Dist.-WA | 14-2-27113-1 SEA |
| Trial | 16-Sep-15 | Ronald Olson, et al. v. Keith Fee, et al. | Arapahoe County Dist. | 2015CV30185 |
| Deposition | 22-Sep-15 | Andreas Heldwein v. ZMD America, Inc. | U.S. Dist.-Idaho | 4.13-cv-00440-BLW |
| Deposition | 28-Sep-15 | Alein Malveaux v. Public Service Company of Colorado | U.S. Dist.-Colorado | 14-cv-3137-CMA-MEH |
| Trial | 2-Oct-15 | Kathryn Jean Withers v. Scott Robert Anderson, M.D. | Arapahoe County Dist. | 2014CV30171 |
| Deposition | 26-Oct-15 | William Wright v. Xcel Energy Servcies, Inc. | U.S. Dist.-Colorado | 14-cv-3130-WYD-CBS |
| Deposition | 9-Nov-15 | Antonio Cuevas, et al. v. Brandon Petrafeso, et al. | Denver County Dist. | 2015CV30982 |
| Trial | 10-Nov-15 | Kevin J. Hemze, M.D. v. Michael Hodge | Douglas County Dist. | 2014CV30929 |
| Deposition | 23-Nov-15 | Lindsay Short v. The BNSF Railway Company, et al. | Yellowstone Cty Dist.-MT | DV-13-1498 |
| Deposition | 4-Dec-15 | Sabien Jimenez, et al. v. HCA-Healthone, LLC, et al. | Denver County Dist. | 2014CV32099 |
| Deposition | 8-Dec-15 | Scott Widhalm v. The BNSF Railway Company | Denver County Dist. | 15CV031083 |
| Deposition | 14-Dec-15 | Louis Oliveros v. The BNSF Railway Company | U.S. Dist.-Nebraska | 8:14-CV-00135 |
| Deposition | 22-Dec-15 | Alison Bierhoff v. Dale Holtorf | Denver County Dist. | 2014CV33813 |



## Testimony Presented by Jeffrey B. Opp - January 1, 2015 Through Current

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Deposition | 30-Dec-15 | Jason Benda v. The BNSF Railway Company | U.S. Dist.-W. Missouri | 4:14-CV-00469-FJG |
| Deposition | 27-Jan-16 | Adrian Villa v. Anthony Richard Hogan, et al. | Mesa County Dist. | 2014CV30689 |
| Deposition | 3-Feb-16 | Gregorio Treviso, Jr., et al. v. Farmers Insurance Exchange | El Paso County Dist | 2014CV34567 |
| Trial | 23-Feb-16 | Miriam White v. John Deere Company, et al. | U.S. Dist.-Colorado | 1:13-cv-2173-PAB-NYW |
| Trial | 24-Feb-16 | Scott Widhalm v. The BNSF Railway Company | Denver County Dist. | 15CV031083 |
| Deposition | 16-Mar-16 | Pamela K. McComsey v. Charles J. LaLande, M.D., et al. | El Paso County Dist | 2015CV30812 |
| Deposition | 21-Mar-16 | Cook v. Cole | Denver County Dist. | 2015CV32200 |
| Deposition | 7-Apr-16 | Calvin Weber, et al. v. Kleve Enterprises, Inc., et al. | Weld County Dist. | 2015CV30419 |
| Trial | 3-May-16 | Kelly Daggs v. Alejandro Munoz | Denver County Dist. | 15CV031577 |
| Trial | 17-May-16 | Joshua Cleveland v. Long Island Railroad Company | U.S. Dist.-Southern NY | 15-cv-2039(CM) |
| Deposition | 20-May-16 | Stephen Thorstenson v. The BNSF Railway Company | U.S. Dept. of Labor | 2015-FRS-000052 |
| Deposition | 24-May-16 | Jeffrey Vander Zanden v. State of Illinois, et al. | Ct. of Claims - IL | 10-CC-1290 |
| Trial | 6-Jun-16 | Stephen Thorstenson v. The BNSF Railway Company | U.S. Dept. of Labor | 2015-FRS-000052 |
| Trial | 15-Jun-16 | Terry L. Christianson v. Manhattan West Condo Assoc. | Boulder County Dist | 15CV030811 |
| Deposition | 12-Jul-16 | William Paul, et al. v. Union Pacific Railroad Company, et al. | Bannock Cty. - ID | CV2015-548-PI |
| Deposition | 15-Jul-16 | David Muller v. Taylor Swift, et al. | U.S. Dist.-Colorado | 1:15-cv-1974-WJM-KLM |
| Deposition | 10-Aug-16 | James Roemer v. Ali Showaga | U.S. Dist.-Colorado | 14-cv-01655-PAB-NYW |
| Trial | 17-Aug-16 | Daniel Kuzbiel v. John H. & Donna K. Sentena, Ltd., et al. | Jefferson County Dist. | 15CV30607 |
| Deposition | 29-Aug-16 | George Miller v. BNSF Railway Company | U.S. Dist.-Colorado | 15-cv-02268-WJM-NYW |
| Trial | 14-Sep-16 | Nicholas Georgiana v. The Union Pacific Railroad Company | Hennepin Cty. Dist-MN | 27-cv-15-15754 |
| Trial | 21-Sep-16 | Chandler Cook v. Nelson B. Cole | Denver County Dist. | 15CV032200 |
| Deposition | 30-Sep-16 | Gregory Wheatley v. Bristol West Company | El Paso County Dist | 15CV33528 |
| Trial | 25-Oct-16 | Adriana Rivera-Torres, et al v. Joe Jensen | Adams County Dist. | 2015-CV-031646 |



**Testimony Presented by Jeffrey B. Opp - January 1, 2015 Through Current**

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Deposition | 25-Oct-16 | Leslie Horton v. The Union Pacific Railroad Company | Cook Cty. Cir.-IL | 20121.007264 |
| Trial | 12-Jan-17 | Brian J. Stanton v. The BNSF Railway Company | Hennepin Cty. Dist-MN | 27-cv-15-21449 |
| Deposition | 24-Jan-17 | Jerilyn A. Apodaca v. Colorado Nonprofit Dev. Center, et al. | U.S. Dist.-Colorado | 16-cv-00383-MSK-STV |
| Deposition | 1-Feb-17 | Robert A. Verhoeve v. The Norfolk Southern Railway Company, et al | Cook Cnt. Circ-IL | 2013L010620 |
| Trial | 23-Feb-17 | Kevin Hamilton v. The Union Pacific Railroad Company, et al. | U.S. Dist.-Iowa Central | 4:15-cv-299 |
| Trial | 9-Mar-17 | Jill Burke, et al v. Dylan McKenney, et al | Mesa County Dist. | 15CV30432 |
| Deposition | 10-Mar-17 | Donna Martenson, et al. v. Krystn Stegelmeier, M.D., et al. | El Paso County Dist. | 2016CV040197 |
| Deposition | 15-Mar-17 | Lenard Noice, II, et al. v. The BNSF Railway Company | Santa Fe Cty. - NM | D-101-CV-2010-00420 |
| Deposition | 20-Mar-17 | Thomas Lahart v. The BNSF Railway Company | U.S. Dist.-S. Iowa | 4:15-cv-164 |
| Deposition | 5-Apr-17 | Christie-Anne Edie v. Dawn Alter, et al. | S.Ct. Dist. of Columbia | 2014CA008261V |
| Trial | 6-Apr-17 | Jose Garcia v. Colorado Cab Company, et al. | Denver County Dist. | 16CV30746 |
| Deposition | 10-Apr-17 | Christopher Fihpek v. Soo Line Railroad Company | Cook Cty. Cir-IL | 15L000620 |
| Trial | 13-Apr-17 | Pamela K. McComsey v. Charles J. LaLande, M.D., et al | El Paso County Dist | 2015CV30812 |
| Trial | 18-Apr-17 | Peter Garcia v. Ensign U.S. Drilling, Inc. | U.S. Dist.-Colorado | 15-cv-02372-CMA |
| Deposition | 20-Apr-17 | Cory Henman v. Indiana Harbor Belt Railroad Company | U.S. Dist.-N. Indiana | 2:14-CV-444 |
| Deposition | 1-May-17 | Tamara Bryant v. State of Colorado Dept. of Trans., et al | U.S. Dist.-Colorado | 16-cv-01638-NYW |
| Deposition | 4-May-17 | Deborah Matlock v. CO Permanente Medical Group, P.C., et al. | Boulder County Dist. | 2015CV31330 |
| Trial | 12-May-17 | Debra Fairchild v. Gregg A. Koldenhoven, M.D., et al. | Boulder County Dist. | 2015CV31388 |
| Trial | 19-May-17 | Deborah Matlock v. CO Permanente Medical Group, et al | Boulder County Dist | 2015CV31330 |
| Trial | 7-Jun-17 | George Miller v. BNSF Railway Company | U.S. Dist.-Colorado | 15-cv-02268-WJM-NYW |
| Trial | 8-Jun-17 | Francis D. Fox v. Colorado Heating & Plumbing Services. Inc. | Arapahoe County Dist. | 10cv1328 |
| Deposition | 9-Jun-17 | Kelley Stevenson v. State Farm Fire and Casualty Company | Denver County Dist | 2016CV32299 |



& COMPANY, INC.

## Testimony Presented by Jeffrey B. Opp - January 1, 2015 Through Current

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Deposition | 13-Jun-17 | Cindy Cole, et al. v. Quanta Services, Inc., et al. | U.S. Dist.-Colorado | 1-15-cv-01992-RPM |
| Deposition | 16-Jun-17 | James Nekich v. Wisconsin Central Limited | U.S. Dist.-Minnesota | 16-cv-02399-JNE/FLN |
| Trial | 12-Jul-17 | Darell L. Nestor v. Union Pacific Railroad Company | Denver County Dist. | 2016CV32773 |
| Deposition | 18-Jul-17 | Matthew G. Falck v. BNSF Railway Company | Pierce Cty. Sup - WA | 16-2-11116-1 |
| Trial | 19-Jul-17 | Kari L. Weaver v. Dagoberto J. Solis, et al. | Larimer County Dist. | 15-CV-31100 |
| Deposition | 8-Aug-17 | Tawfiq S. Mazakis v. BNSF Railway Company | Cook Cty. Cir.-IL. | 2013L012918 |
| Trial | 16-Aug-17 | Link Holmgen v. Union Pacific Railroad Company | Denver County Dist. | 2016CV030322 |
| Trial | 1-Nov-17 | John McGuire v. BNSF Railway Company | Pierce Cty. Sup - WA | 16-2-11198-5 |
| Deposition | 28-Nov-17 | Terry L. Davis v. BNSF Railway Company | Denver County Dist. | 2017cv30455 |
| Deposition | 18-Dec-17 | Vicky Arnold v. EQR-Sombra | Denver County Dist. | 2017cv30402 |
| Deposition | 10-Jan-18 | Patricia Hobdy v. Wells Fargo Bank, NA | U.S. Dist.-Colorado | 1:17-cv-01168 |
| Deposition | 25-Jan-18 | Brent Walker. et al. v. JTM Equipment, Inc., et al | U.S. Dist.-Wyoming | 15-cv-60-J |
| Deposition | 2-Feb-18 | Brenda McChesney v. Work and Class, LLC, et al. | Denver County Dist. | 2016cv32327 |
| Deposition | 7-Feb-18 | Falgun Pathak v. FedEx Trade Networks, Inc. | U.S. Dist.-Colorado | 1:16-cv-1357-MEH-KLM |
| Deposition | 23-Feb-18 | Don VanDeVander, et al. v. Thomas Lyn Adgate, et al | Garfield County Dist | 2016cv30274 |
| Deposition | 27-Feb-18 | Robert Ury v. Union Pacific Railroad Company, et al. | U.S. Dist.-Nebraska | 16-cv-00260 |
| Deposition | 6-Mar-18 | Hilda Castro, et al. v. Wade Lyday, et al. | Adams County Dist. | 2017CV30180 |
| Trial | 14-Mar-18 | Jeffrey D. Sherman v. Motorola Solutions, Inc | U.S. Dist.-Colorado | 16-cv-01602-MFH |
| Trial | 26-Mar-18 | Brent Walker, et al. v. JTM Equipment, Inc., et al | U.S. Dist.-Wyoming | 15-cv-60-J |
| Trial | 6-Apr-18 | Linda Best, et al. v. Mervyn Jacobson, et al | Larimer County Dist | 15-CV-30739 |
| Deposition | 10-Apr-18 | Jeanette Goodwin v. Mattress Firm, Inc | Denver County Dist | 2017cv31649 |
| Deposition | 13-Apr-18 | Donna Kovac v. Farmers Insurance Exchange | El Paso County Dist. | 2015CV30945 |
| Deposition | 16-Apr-18 | Karyn Lynn Wright, et al. v. Kaiser Permanente of CO, et al. | Denver County Dist. | 2017CV69 |



**Testimony Presented by Jeffrey B. Opp - January 1, 2015 Through Current**

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Hearing | 18-Apr-18 | Jeffrey Vander Zanden v. State of Illinois, et al. | Ct. of Claims - IL | 10-CC-1290 |
| Deposition | 27-Apr-18 | Lillian Figueroa v. BNSF Railway Company | U.S. Dist -Eastern WA | 4:17-cv-05096-TOR |
| Deposition | 11-May-18 | Antwon M. Ross v. Illinois Central Railroad Company | Cook Cty Cir -IL | 2015L005604 |
| Deposition | 15-May-18 | Mildred Kuchster v. Portercare Adventist Health System | Denver County Dist | 2017CV34643 |
| Trial | 17-May-18 | Brian Hill, et al. v. Ready mixed Concrete Company, Inc. | Denver County Dist. | 17CV31327 |
| Deposition | 29-May-18 | Shawn T. Flickinger v. Dakota Minn & Eastern RR Corp. | Winnebago Cty Cir -IL | 2016L0026 |
| Deposition | 30-May-18 | Allen Buechler, et al. v. BNSF Railway Company | U.S. Dist.-Wyoming | 17-CV-131-S |
| Trial | 6-Jun-18 | Tamara Bryant v. State of Colorado Dept. of Trans., et al. | U.S. Dist.-Colorado | 16-cv-01638-NYW |
| Deposition | 8-Jun-18 | Christine Frappied, et al. v. Affinity Gaming Black Hawk, LLC | U.S. Dist.-Colorado | 17-cv-01294-RM-NYW |
| Trial | 19-Jun-18 | Robert Mazzoni v. Long Island Railroad Company | U.S. Dist -Southern NY | 16-Civ -9366(RA)(JLC) |
| Deposition | 25-Jun-18 | Lisa Schafer v. Scott E. Clemensen. M.D., et al. | Adams County Dist. | 2017CV30526 |
| Deposition | 20-Jul-18 | Dominic A. Pasquale v. BNSF Railway Company | Denver County Dist. | 2017CV034590 |
| Deposition | 25-Jul-18 | Tracy Berry v. Cherwell Software, LLC | U.S. Dist.-Colorado | 17-cv-2532-CMA-MJW |
| Deposition | 27-Jul-18 | Gerardo Vasquez-Vasquz v. Simsek Sefer & SEM Trucking, Inc. | U.S. Dist.-Colorado | 1:17-cv-2015-RM-MJW |
| Deposition | 31-Jul-18 | Steven Costinas, et al. v. Jeff's Welding, Inc., et al. | Arapahoe County Dist | 2018CV0302278 |
| Deposition | 14-Aug-18 | Rocky Makovy v. The Kansas City Southern Railway Company | U.S. Dist -Eastern OK | 6:18-CV-00029-RAW |
| Deposition | 21-Aug-18 | Franklyn A. Jenkins v. Immedia, Inc. | U.S. Dist.-Colorado | 13:13-cv-00327 |
| Trial | 29-Aug-18 | Allen Buechler, et al. v. BNSF Railway Company | U.S. Dist.-Wyoming | 17-CV-131-S |
| Deposition | 10-Sep-18 | Beth Lynn O'Dea v. BNSF Railway Company | Lancaster Cty -NE | CI 17-2342 |
| Deposition | 11-Sep-18 | Earl Wenngren v. Mario Nelson Sarmientos, et al | Arapahoe County Dist | 2017CV32672 |
| Deposition | 9-Oct-18 | Leslie A. Coy, et al. v. Metro. Football Stadium Dist., et al. | Denver County Dist. | 2017CV33936 |
| Trial | 30-Oct-18 | Zachary Wooten v. BNSF Railway Company | U.S. Dist -MT-Missoula | CV-16-139-M-DLC-JCL |



## Testimony Presented by Jeffrey B. Opp - January 1, 2015 Through Current

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Deposition | 8-Nov-18 | Carl Bishop v. Union Pacific Railroad Company | Peoria Cty. Cir.-IL | No. 15 L 186 |
| Deposition | 16-Nov-18 | Debra Hock v. Mesa County Valley School District 51 | U.S. Dist.-Colorado | 1:17-CV-02369-RBJ |
| Deposition | 20-Dec-18 | Mark Beard, et al. v. CO Permanente Medical Group, P.C., et al. | Boulder County Dist. | 2017CV30884 |
| Deposition | 28-Dec-18 | Anthony B. Lobato, et al. v. Travelers Property Casualty | U.S. Dist.-Colorado | 1:18-cv-504-REB-MEH |
| Deposition | 7-Jan-19 | Brandon Frequez v. BNSF Railway Company | U.S. Dist.-Colorado | 1:17-CV-00844-WYD |
| Deposition | 15-Jan-19 | Joshua Deisinger v. Wisconsin Central, LTD | Fond Du Lac Cty.-WI | 2018CV000028 |
| Trial | 5-Feb-19 | Timothy Julch v. Allstate Fire & Casualty Insurance Company | U.S. Dist.-Colorado | 1:17-CV-987 |
| Deposition | 1-Mar-19 | Kathleen Small v. Jeffrey Jones | La Plata County Dist. | 2018CV30094 |
| Deposition | 6-Mar-19 | Cheryl Acierno v. Park View Village, LLC | Jefferson County Dist. | 2017CV31758 |
| Trial | 13-Mar-19 | Mark Beard, et al. v. CO Permanente Medical Group, P.C., et al. | Boulder County Dist. | 2017CV30884 |
| Trial | 15-Mar-19 | Sherry Boyer v. Cindy Lockett, MD | El Paso County Dist. | 18CV030648 |
| Deposition | 19-Mar-19 | Matthew and Lia Hensley v. John Hansis and UPS, Inc. | Weld County Dist. | 2018CV25 |
| Deposition | 22-Mar-19 | Lindsay Klinkenberg v. David M. Jones, D.D.S | Boulder County Dist. | 2018CV30225 |
| Deposition | 1-Apr-19 | John Kusenski v. Peter Corrigan, et al. | Denver County Dist. | 2017CV34800 |
| Trial | 5-Apr-19 | Monica Enright, et al. v. Bruce Dorr, M.D. | Arapahoe County Dist. | 2018CV30046 |
| Deposition | 23-Apr-19 | Richard Raymer, et al. v. Dr. Andrew Hong | Denver County Dist. | 2018CV030619 |
| Hearing | 1-May-19 | Resha Ford, et al. v. Shaelina Fragale | Adams County Dist. | 2019CV030300 |
| Deposition | 17-May-19 | Tanner Lingafelter v. National Railroad Passenger Corp., et al. | King Cty. Sup. - WA | 18-2-13612-1-SEA |
| Deposition | 12-Jun-19 | James Burr v. Grand Trunk Western Railroad Company | U.S. Dist.-W.MI-ND | 1:17-CV-00991-PLM |
| Trial | 18-Jun-19 | Debra Hock v. Mesa County Valley School District 51 | U.S. Dist.-Colorado | 1:17-CV-02369-RBJ |
| Trial | 19-Jun-19 | Franklyn A. Jenkins v. Immedia, Inc | U.S. Dist.-Colorado | 13 13-cv-00327 |
| Deposition | 3-Jul-19 | John Doe v. The Board of Regents for the University of CO | U.S. Dist.-Colorado | 1:18-cv-1462-WJM-KLM |
| Trial | 8-Jul-19 | Grant C. Little, et al. v. The BNSF Railway Company | U.S. Dist.-W. Wisconsin | 18-CV-166 |



## Testimony Presented by Jeffrey B. Opp - January 1, 2015 Through Current

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Trial | 9-Jul-19 | Ashley Olsen v. Albert Williams | Adams County Dist | 2018CV30649 |
| Trial | 10-Jul-19 | Wayne A. Hein v. The BNSF Railway Company | WY 1st Dist. Ct | 187-819 |
| Deposition | 7-Aug-19 | Cynthia Duncan v. Bryan Rudder, et al. | Douglas County Dist | 2018CV30647 |
| Deposition | 12-Aug-19 | Cory D. Lubbert v. The Union Pacific Railroad Company | Douglas Cty. Dst.-NE | CI 18-6927 |
| Trial | 13-Aug-19 | Mitchell Blake v. The Union Pacific Railroad Company, et al | U.S. Dist.-E. Illinois | 1:15-cv-1106 |
| Deposition | 26-Aug-19 | Burt D. Stewart v. The Union Pacific Railroad Company | Salt Lake Cty. Dst.-UT | C# 180905371 |
| Trial | 28-Aug-19 | Richard Raymer, et al. v. Dr. Andrew Hong | Denver County Dist | 2018CV030619 |
| Deposition | 3-Sep-19 | Kim Immel v. The Union Pacific Railroad Company | U.S. Dist.-Colorado | 18-cv-02631-WYD-KMT |
| Hearing | 6-Sep-19 | Brandon Frequez v. BNSF Railway Company | U.S. Dist.-Colorado | 1:17-CV-00844-WYD |
| Deposition | 9-Sep-19 | Brandon Mortensen v. The Union Pacific Railroad Company | U.S. Dist.-Wyoming | 18-CV-190-R |
| Deposition | 20-Sep-19 | Sharon Ostberg v. State Farm Mutual Automobile Ins | U.S. Dist.-Colorado | 18-cv-01741-DDD-STV |
| Trial | 24-Sep-19 | Kayla M. Homan v. BNSF Railway Company | Hennepin Cty. Dst.-MN | 27-CV-18-8505 |
| Trial | 25-Sep-19 | Lori Large v. Centennial Commercial Properties, SW, LLC, et al. | LaPlata Cty. Dst.-CO | 2017CV302232 |
| Deposition | 1-Oct-19 | Alan Swayze v. Wisconsin Central Limited | Fond Du Lac Cty.-WI | 2018CV000039 |
| Deposition | 1-Oct-19 | Michael Guelig v. Wisconsin Central Limited | U.S. Dist.-Wisconsin | 2.18-cv-01654 |
| Trial | 15-Oct-19 | Alex Headley v. Cincinnati Casualty Company | Denver County Dist | 18CV30686 |
| Deposition | 25-Oct-19 | Joseph Bennett v. The Union Pacific Railroad Company | Douglas Cty. Dst.-NE | CI 18-3251 |
| Deposition | 28-Oct-19 | Ronald Husemoller v. Aurora Coop. Elevator Co., et al. | Hall Cty. Dst.-NE | CI 16-662 |
| Tr. Pres. Dep | 28-Oct-19 | Ronald Husemoller v. Aurora Coop. Elevator Co., et al. | Hall Cty. Dst.-NE | CI 16-662 |
| Trial | 29-Oct-19 | Ruthie Smith v. National Railroad Passenger Corporation | Denver County Dist | 18CV30728 |