# EXHIBIT B

| | |
|---|---|
| **From:** | Nicholas Thompson |
| **To:** | Goman, Keith |
| **Cc:** | Jonathan L. Stone; Dale, Gillian |
| **Subject:** | RE: Motion for Leave |
| **Date:** | Tuesday, November 26, 2019 12:18:00 PM |

Agreed.

Thank you.

-----Original Message-----
From: Goman, Keith <gomank@hallevans.com>
Sent: Tuesday, November 26, 2019 12:17 PM
To: Nicholas Thompson <nthompson@moodyrrlaw.com>
Cc: Jonathan L. Stone <jstone@moodyrrlaw.com>; Dale, Gillian <daleg@hallevans.com>
Subject: RE: Motion for Leave

No objection, as long as you agree not to take a sneak peek at ours.


Keith Goman | Member
gomank@hallevans.com
Tel: 303-628-3423
Cell: 720-839-1159


Hall & Evans, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202

COLORADO | MONTANA | NEW MEXICO | UTAH | WYOMING




Confidentiality Notice: This e-mail and any files transmitted with it are confidential and intended solely for the named addressee(s) of this message and may be subject to attorney-client privilege or work-product protection. If you are not the named addressee, unauthorized use, disclosure or distribution is prohibited; please notify the sender by reply email and destroy all copies of the original message. Our spam protection may prevent any reply e-mail from being delivered. If I have not responded to your email within 48 hours, please contact our office at 303/628-3300. This e-mail and any attachments are believed to be free of viruses and defects, but it is the responsibility of the recipient to ensure that it is virus-free. The sender is not responsible for any loss or damage arising from its use.-
----Original Message-----
From: Nicholas Thompson <nthompson@moodyrrlaw.com>
Sent: Tuesday, November 26, 2019 7:19 AM
To: Goman, Keith <gomank@hallevans.com>
Cc: Jonathan L. Stone <jstone@moodyrrlaw.com>; Dale, Gillian <daleg@hallevans.com>
Subject: Motion for Leave

Keith:

We misread the order and thought it required that the brief that was due yesterday be filed on 12/2. We have not read your brief, from which it follows that BNSF has not been prejudiced by our mistake. Please let us know whether BNSF objects to the motion for leave to file a day late we will file today.

Nick

Sent from my iPhone