UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| Brandon Fresquez,<br><br>                                Plaintiff,<br><br>v.<br><br>BNSF Railway Co.,<br><br>                                Defendant. | Case No. 1:17-cv-844-WYD-MLC<br><br>**DECLARATION OF<br>NICHOLAS D. THOMPSON** |

1. I, Nicholas D. Thompson, am over the age of eighteen years, am personally familiar with the following facts, and am competent to testify thereto.

2. An employee who no longer works for The Moody Law Firm was responsible for calendaring the applicable due dates. Unfortunately, she calendared the deadlines for both submissions December 2, 2019.

3. On November 26, 2019, I saw that BNSF had filed its submission the day before. I investigated why BNSF had filed what I thought wasn't due for another week when it did and learned of our office's former employee's error.

4. We had not yet begun drafting what Fresquez intended to file to supplement his request for wage loss. I have therefore spent the remainder of the day drafting this motion and the brief attached hereto.

5. I have not read what BNSF submitted yesterday.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 26, 2019

_____
Nicholas D. Thompson