

# JEFFREY B. OPP

399 Perry Street, Suite 201　　　　　　　　　　　Office　(303) 694-7507
Castle Rock, Colorado 80104　　　　　　　　　　Fax　　(303) 694-7508

### Summary

Thirty-four years professional experience, including thirty-one years of financial and litigation consulting and three years of real estate management and accounting. Determined losses resulting from the failure of several Savings and Loan Associations, and Commercial Banking Institutions. Assisted attorneys and insurance agents in the preparation or review of thousands of lost profit claims and personal injury damage analyses. Prepared lost earnings computations in numerous wrongful termination class-action matters involving thousands of class members. Analyzed and calculated damages in several real estate lawsuits. Assisted real estate partnerships with leasing, management, accounting, and tax services for numerous properties including an $18 million office building, six residential buildings, and a $3 million strip-mall.

### Education

University of Denver, Denver, CO, 1983 - 1987
B.A., Economics

### Affiliations

Opp & Company, Inc., Castle Rock, CO, 2015 - Present
Principal - Financial and litigation consulting firm

Caulson, Opp & Associates, P.C., Denver, CO, 1992 - 2015
Principal - Financial and litigation consulting firm

Karraker & Taylor, P.C., Denver, CO, 1988 - 1992
Consultant - Financial and litigation consulting firm

United States Army Reserve, 1988 - 1998
1st Lieutenant - Infantry

Jeffrey B. Opp, Property Management, Denver, CO, 1983 - 1988
Sole Practitioner - Property leasing, management, accounting, and tax services practice

### Publications

The Plaintiffs and Defense Attorney's Guide to Understanding Economic Damages, Michael L. Brookshire, Ph.D., Frank Slesnick, Ph.D. and John O. Ward, Ph.D. Editors, Contributing Author: The Special Issues of F.E.L.A. Cases.



**Community and Professional Activities**

Kappa Sigma Alumni Association (Member, Current)
Warriors Youth Football (Coach, 2001 - 2006)
Colorado Youth Rugby (Coach, 1987 - 2008)

**Experience**

*Litigation Consulting*

- Prepared or reviewed lost profit claims and personal injury and wrongful death damages in over 3,500 lawsuits.

- Determined damages in several commercial and residential real estate disputes, assisting in preparing property valuations, cash flow analyses, and cost accounting.

- Determined the damages resulting from defaulted loans made by several large Savings and Loan Associations which cumulatively led to the failure of the institutions.

- Identified and analyzed the negligent lending procedures of a large, real estate dependent bank, and documented the bank's consequent losses and ultimate financial insolvency.

- Discovered and quantified fraud by the officers and directors of a federally insured bank as well as third-party contractors, which resulted in the loss of hundreds of millions of dollars and the failure of the institution.

- Developed and implemented a methodology for accumulating and supporting costs related to a worldwide product recall, which exceeded $50 million.

- Served as the financial expert in numerous wrongful termination class-action matters. Tasks included statistical analysis of liability issues, calculation of lost earnings, as well as lost pension benefits.

- Determined losses resulting from non-performance on a multi-million dollar asbestos abatement contract, analyzing concealed conditions claims, excess costs, and lost contract profits.

- Analyzed the lost profits of an independent insurance agency terminated by a major national insurance company, including documenting significant agency management irregularities, account losses, and damage claim overstatements.

- Performed several loss assessments relating to the termination of manufacturer's representatives, analyzing historical profits and potential future losses.

- Documented the significant financial irregularities and accounting errors of a large Colorado retail store, and prepared related analyses disputing the alleged constructive eviction losses of the store.



*Litigation Consulting Continued*

- Prepared or reviewed loss claims in trade secrets and patent infringement cases, analyzing sales volumes, gross margins, costs, and profits.

- Analyzed the profitability of over 100 publications for a medium-sized publishing company over a ten-year period. Tasks included database development, overhead allocation, research and development costing, and royalty assignments.

- Prepared or reviewed lost wage and pension benefit claims in over 1,000 railroad personal injury lawsuits.

*Financial Consulting*

- Developed a time and motion study program for the State of Colorado for use in their purchasing department.

- Rendered opinions as to the relative value of numerous closely held companies. Analyzing such issues as cash flow, minority interest discounts, and goodwill.

- Developed and supervised an evaluation of a major national insurance carrier's PIP files to determine more effective methods of processing PIP claims.

- Determined inventory and business interruption losses from water damage to a large Denver retailer.

- Prepared economic projections for a major broadcasting company in connection with a bankruptcy workout.

- Determined costs for national product recall of roofing material involving thousands of customers.

*Real Estate Management*

- Controlled operations of six residential real estate projects, providing leasing, management, tax, and accounting services.

- Assisted a real estate partnership in the successful turnaround of a large commercial real estate project, which had been placed into receivership.

- Assisted in the preparation of tax and financial reports for over 20 real estate partnerships.



## 2019 Rate Schedule and Fee Policy

| Professional | | Hourly Rate |
|---|---|---|
| Jeffrey B. Opp | $ | 375.00 |
| Nicholas D. Opp | $ | 185.00 |
| | | |
| Clerical | $ | 90.00 |

Deposition time will be billed at standard hourly rates on a pre-paid basis. The total amount of the requested deposition time including travel time to and from the deposition site must be received prior to the commencement of the deposition. If payment is not received 48 hours prior to the deposition, the deposition will be cancelled. No refunds will be given for depositions lasting less than the requested time. No depositions will last longer than the paid for requested time including travel time unless mutually agreeable arrangements are made prior to the start of the extra time. Payment for the total requested time is required for any deposition that is scheduled and later cancelled by the party requesting the deposition either prior to or after payment is received for the deposition. Depositions may be rescheduled once by the party requesting the deposition without penalty. Any additional rescheduling of depositions by the party requesting the deposition will be considered a cancellation and payment for the total requested time will be required for the cancelled deposition and any rescheduled deposition.

Opp & Company, Inc. will pass-through as additional charges external out-of-pocket expenses incurred at the request of clients.



& COMPANY, INC.

## Testimony Presented by Jeffrey B. Opp - January 1, 2015 Through Current

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Trial | 7-Jan-15 | Ricky L. Bass, et al. v. Creighton J. Spies | Broomfield County Dist. | 12CV30024 |
| Trial | 13-Jan-15 | Jamie Meyers v. Andrew Ross, MD, et al. | Arapahoe County Dist. | 2010CV2003 |
| Trial | 15-Jan-15 | John Nicolopolous v. Joyce Dowdy | Arapahoe County Dist. | 13CV411 |
| Trial | 28-Jan-15 | Ann M. Brokaw v. Gene Bircher and Jessica Hyde | Boulder County Dist. | 2013CV31288 |
| Deposition | 9-Feb-15 | Danny Snapp v. The BNSF Railway Company | U.S. Dist.-W. WA | 3:10-cv-05577RBL |
| Deposition | 16-Feb-15 | Thomas Baker v. The BNSF Railway Company | Denver County Dist. | 14CV31834 |
| Trial | 20-Feb-15 | William Bisson v. The BNSF Railway Company | U.S. Dist.-E. WA | CV-13-330-RHW |
| Deposition | 23-Feb-15 | Karen Kelley, et al. v. Auk Enterprises, et al. | La Plata County Dist. | 2013CV14 |
| Deposition | 24-Feb-15 | James Vaughn v. Safeway, Inc. | U.S. Dist.-Colorado | 14-cv-01066-REB-NYW |
| Deposition | 2-Mar-15 | Daniel J. Kothenbeutel, et al. v. Tecta America CO, LLC | Denver County Dist. | 2014CV032113 |
| Trial | 4-Mar-15 | Brenda Strand v. State Farm Mutual Automobile Insurance Co. | El Paso County Dist. | 13CV031419 |
| Deposition | 11-Mar-15 | Carlos Falagan v. The Union Pacific Railroad Company, et al. | Cook Cnt. Circ.-IL | 10L1091F |
| Deposition | 13-Mar-15 | Renee Ladwig v. United Airlines, Inc. | U.S. Dist.-Colorado | 14-cv-02152-RBJ-MJW |
| Deposition | 17-Mar-15 | Michael Elliott v. The BNSF Railway Company | U.S. Dist.-W. WA | 14-CV-05054-RBL |
| Deposition | 25-Mar-15 | Jennifer Villanueva v. Freemont County | U.S. Dist.-Colorado | 14-cv-01645-RM-BNB |
| Trial | 31-Mar-15 | Thomas Baker v. The BNSF Railway Company | Denver County Dist. | 14CV31834 |
| Deposition | 1-Apr-15 | Dana Fields, et al. v. Eli Lilly & Company | U.S. Dist.-N. AL | 2:13CV0035-WKW |
| Deposition | 1-Apr-15 | Angela Shoemake, et al. v. Eli Lilly & Company | U.S. Dist.-W. NC | 5:13CV00013-RLV-DCK |
| Trial | 21-Apr-15 | Danny Snapp v. The BNSF Railway Company | U.S. Dist.-W. WA | 3:10-cv-05577RBL |
| Trial | 24-Apr-15 | Don Ingermann, et al. v. Eric Jamrich, MD, et al. | Denver County Dist. | 13CV33998 |
| Trial | 27-Apr-15 | Valerie Scheirman v. Nicolette A. Picerno, M.D., et al. | Denver County Dist. | 2012-CV-2561 |
| Deposition | 29-Apr-15 | Diahnna Laverne v. American Airlines, Inc. | U.S. Dist.-Cent. CA | 2:14-cv-03538-AJW |
| Trial | 5-May-15 | Kristina Mueller v. State Farm Mutual Insurance Company | Jefferson County Dist. | 2014-CV-30815 |



## Testimony Presented by Jeffrey B. Opp - January 1, 2015 Through Current

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Trial | 6-May-15 | Jeffrey Holbrook v. The BNSF Railway Company | Spokane Cty Dist.-WA | 13-02-01256-6 |
| Trial | 23-Jun-15 | Michael Elliott v. The BNSF Railway Company | U.S. Dist.-W. WA | 14-CV-05054-RBL |
| Hearing | 30-Jun-15 | Brenda Strand v. State Farm Mutual Automobile Insurance Co. | El Paso County Dist. | 13CV031419 |
| Deposition | 29-Jul-15 | Brenda C. McGehee, et al. v. City and County of Denver, et al. | Denver County Dist. | 2014CV33596 |
| Deposition | 12-Aug-15 | Katherine K. Paeglow v. SCL-Front Range, Inc., et al. | Jefferson County Dist. | 2014-CV-32424 |
| Deposition | 18-Aug-15 | Monique A. Maldonado v. Chad M. Knutsen | Larimer County Dist. | 2014-CV-30842 |
| Deposition | 19-Aug-15 | Therese Byorick v. Wyle Laboratories, Inc., et al. | U.S. Dist.-Colorado | 14-cv-02200-WJM-KMT |
| Deposition | 24-Aug-15 | Alan Shackelford, M.D. v. U.S. Beef Corporation | U.S. Dist.-Colorado | 14-cv-01856-REB-MJW |
| Deposition | 11-Sep-15 | John Lansel, et al. v. William R. Henry, III, et al. | Snohomish Cty Dist-WA | 13-2-08469-2 |
| Deposition | 14-Sep-15 | Charles Emery, et al. v. Carol Koogler | King Cty Dist.-WA | 14-2-27113-1 SEA |
| Trial | 16-Sep-15 | Ronald Olson, et al. v. Keith Fee, et al. | Arapahoe County Dist. | 2015CV30185 |
| Deposition | 22-Sep-15 | Andreas Heldwein v. ZMD America, Inc. | U.S. Dist.-Idaho | 4:13-cv-00440-BLW |
| Deposition | 28-Sep-15 | Alein Malveaux v. Public Service Company of Colorado | U.S. Dist.-Colorado | 14-cv-3137-CMA-MEH |
| Trial | 2-Oct-15 | Kathryn Jean Withers v. Scott Robert Anderson, M.D. | Arapahoe County Dist. | 2014CV30171 |
| Deposition | 26-Oct-15 | William Wright v. Xcel Energy Servcies, Inc. | U.S. Dist.-Colorado | 14-cv-3130-WYD-CBS |
| Deposition | 9-Nov-15 | Antonio Cuevas, et al. v. Brandon Petrafeso, et al. | Denver County Dist. | 2015CV30982 |
| Trial | 10-Nov-15 | Kevin J. Heinze, M.D. v. Michael Hodge | Douglas County Dist. | 2014CV30929 |
| Deposition | 23-Nov-15 | Lindsay Short v. The BNSF Railway Company, et al. | Yellowstone Cty Dst.-MT | DV-11-1498 |
| Deposition | 4-Dec-15 | Sabien Jimenez, et al. v. HCA-Healthone, LLC, et al. | Denver County Dist. | 2014CV32099 |
| Deposition | 8-Dec-15 | Scott Widhalm v. The BNSF Railway Company | Denver County Dist. | 15CV031083 |
| Deposition | 14-Dec-15 | Louis Oliveros v. The BNSF Railway Company | U.S. Dist.-Nebraska | 8:14-CV-00135 |
| Deposition | 22-Dec-15 | Alison Bierhoff v. Dale Holtorf | Denver County Dist. | 2014CV33813 |


& COMPANY, INC.

## Testimony Presented by Jeffrey B. Opp - January 1, 2015 Through Current

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Deposition | 30-Dec-15 | Jason Benda v. The BNSF Railway Company | U.S. Dist.-W. Missouri | 4:14-CV-00469-FJG |
| Deposition | 27-Jan-16 | Adrian Villa v. Anthony Richard Hogan, et al. | Mesa County Dist. | 2014CV30689 |
| Deposition | 3-Feb-16 | Gregorio Treviso, Jr., et al. v. Farmers Insurance Exchange | El Paso County Dist. | 2014CV34567 |
| Trial | 23-Feb-16 | Miriam White v. John Deere Company, et al. | U.S. Dist.-Colorado | 1:13-cv-2173-PAB-NYW |
| Trial | 24-Feb-16 | Scott Widhalm v. The BNSF Railway Company | Denver County Dist. | 15CV031083 |
| Deposition | 16-Mar-16 | Pamela K. McComsey v. Charles J. LaLande, M.D., et al. | El Paso County Dist. | 2015CV30812 |
| Deposition | 21-Mar-16 | Cook v. Cole | Denver County Dist. | 2015CV32200 |
| Deposition | 7-Apr-16 | Calvin Weber, et al. v. Kleve Enterprises, Inc., et al. | Weld County Dist. | 2015CV30419 |
| Trial | 3-May-16 | Kelly Daggs v. Alejandro Munoz | Denver County Dist. | 15CV031577 |
| Trial | 17-May-16 | Joshua Cleveland v. Long Island Railroad Company | U.S. Dist -Southern NY | 15-cv-2039(CM) |
| Deposition | 20-May-16 | Stephen Thorstenson v. The BNSF Railway Company | U.S. Dept. of Labor | 2015-FRS-000052 |
| Deposition | 24-May-16 | Jeffrey Vander Zanden v. State of Illinois, et al. | Ct. of Claims - IL | 10-CC-1290 |
| Trial | 6-Jun-16 | Stephen Thorstenson v. The BNSF Railway Company | U.S. Dept. of Labor | 2015-FRS-000052 |
| Trial | 15-Jun-16 | Terry L. Christianson v. Manhattan West Condo. Assoc. | Boulder County Dist. | 15CV030811 |
| Deposition | 12-Jul-16 | William Paul, et al. v. Union Pacific Railroad Company, et al. | Bannock Cty. - ID | CV2015-548-PI |
| Deposition | 15-Jul-16 | David Muller v. Taylor Swift, et al. | U.S. Dist.-Colorado | 1:15-cv-1974-WJM-KLM |
| Deposition | 10-Aug-16 | James Roemer v. Ali Showaga | U.S. Dist -Colorado | 14-cv-01655-PAB-NYW |
| Trial | 17-Aug-16 | Daniel Kuzbiel v. John H. & Donna K. Sentena, Ltd., et al. | Jefferson County Dist. | 15CV30607 |
| Deposition | 29-Aug-16 | George Miller v. BNSF Railway Company | U.S. Dist.-Colorado | 15-cv-02268-WJM-NYW |
| Trial | 14-Sep-16 | Nicholas Georgiana v. The Union Pacific Railroad Company | Hennepin Cty. Dist-MN | 27-cv-15-15754 |
| Trial | 21-Sep-16 | Chandler Cook v. Nelson B. Cole | Denver County Dist. | 15CV032200 |
| Deposition | 30-Sep-16 | Gregory Wheatley v. Bristol West Company | El Paso County Dist. | 15CV33528 |
| Trial | 25-Oct-16 | Adriana Rivera-Torres, et al v. Joe Jensen | Adams County Dist. | 2015-CV-031646 |



Opp
& COMPANY, INC.

**Testimony Presented by Jeffrey B. Opp - January 1, 2015 Through Current**

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Deposition | 25-Oct-16 | Leslie Horton v. The Union Pacific Railroad Company | Cook Cty. Cir.-IL | 2012L007264 |
| Trial | 12-Jan-17 | Brian J. Stanton v. The BNSF Railway Company | Hennepin Cty. Dist-MN | 27-cv-15-21449 |
| Deposition | 24-Jan-17 | Jerilyn A. Apodaca v. Colorado Nonprofit Dev. Center, et al. | U.S. Dist.-Colorado | 16-cv-00383-MSK-STV |
| Deposition | 1-Feb-17 | Robert A. Verhoeve v. The Norfolk Southern Railway Company, et al. | Cook Cnt. Circ.-IL | 2013L010620 |
| Trial | 23-Feb-17 | Kevin Hamilton v. The Union Pacific Railroad Company, et al. | U.S. Dist.-Iowa Central | 4:15-cv-299 |
| Trial | 9-Mar-17 | Jill Burke, et al. v. Dylan McKenney, et al. | Mesa County Dist. | 15CV30432 |
| Deposition | 10-Mar-17 | Donna Martenson, et al. v. Krynn Stegelmeier, M.D., et al. | El Paso County Dist. | 2016CV030197 |
| Deposition | 15-Mar-17 | Lenard Noice, II, et al. v. The BNSF Railway Company | Santa Fe Cty. - NM | D-101-CV-2010-00420 |
| Deposition | 20-Mar-17 | Thomas Lahart v. The BNSF Railway Company | U.S. Dist.-S. Iowa | 4:15-cv-464 |
| Deposition | 5-Apr-17 | Christie-Anne Edie v. Dawn Alter, et al. | S.Ct. Dist. of Columbia | 2014CA008261V |
| Trial | 6-Apr-17 | Jose Garcia v. Colorado Cab Company, et al. | Denver County Dist. | 16CV30746 |
| Deposition | 10-Apr-17 | Christopher Filipek v. Soo Line Railroad Company | Cook Cty. Cir.-IL | 15L000620 |
| Trial | 13-Apr-17 | Pamela K. McComsey v. Charles J. LaLande, M.D., et al. | El Paso County Dist. | 2015CV30812 |
| Trial | 18-Apr-17 | Peter Garcia v. Ensign U.S. Drilling, Inc. | U.S. Dist.-Colorado | 15-cv-02372-CMA |
| Deposition | 20-Apr-17 | Cory Henman v. Indiana Harbor Belt Railroad Company | U.S. Dist.-N. Indiana | 2:14-CV-434 |
| Deposition | 1-May-17 | Tamara Bryant v. State of Colorado Dept. of Trans., et al. | U.S. Dist.-Colorado | 16-cv-01638-NYW |
| Deposition | 4-May-17 | Deborah Matlock v. CO Permanente Medical Group, P.C., et al. | Boulder County Dist. | 2015CV31330 |
| Trial | 12-May-17 | Debra Fairchild v. Gregg A. Koldenhoven, M.D., et al. | Boulder County Dist. | 2015CV31388 |
| Trial | 19-May-17 | Deborah Matlock v. CO Permanente Medical Group, et al. | Boulder County Dist. | 2015CV31330 |
| Trial | 7-Jun-17 | George Miller v. BNSF Railway Company | U.S. Dist.-Colorado | 15-cv-02268-WJM-NYW |
| Trial | 8-Jun-17 | Francis D. Fox v. Colorado Heating & Plumbing Services, Inc. | Arapahoe County Dist. | 10cv1328 |
| Deposition | 9-Jun-17 | Kelley Stevenson v. State Farm Fire and Casualty Company | Denver County Dist. | 2016CV32299 |



Opp
& COMPANY, INC.

**Testimony Presented by Jeffrey B. Opp - January 1, 2015 Through Current**

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Deposition | 13-Jun-17 | Cindy Cole, et al. v. Quanta Services, Inc., et al. | U.S. Dist.-Colorado | 1:15-cv-01992-RPM |
| Deposition | 16-Jun-17 | James Nekich v. Wisconsin Central Limited | U.S. Dist.-Minnesota | 16-cv-02399-JNE/FLN |
| Trial | 12-Jul-17 | Darrell L. Nestor v. Union Pacific Railroad Company | Denver County Dist. | 2016CV32773 |
| Deposition | 18-Jul-17 | Matthew G. Falck v. BNSF Railway Company | Pierce Cty. Sup. - WA | 16-2-11116-1 |
| Trial | 19-Jul-17 | Kari L. Weaver v. Dagoberto J. Solis, et al. | Larimer County Dist. | 15-CV-31100 |
| Deposition | 8-Aug-17 | Tawfiq S. Mazakis v. BNSF Railway Company | Cook Cty. Cir.-IL | 2013L012918 |
| Trial | 16-Aug-17 | Link Holmgen v. Union Pacific Railroad Company | Denver County Dist. | 2016CV030322 |
| Trial | 1-Nov-17 | John McGuire v. BNSF Railway Company | Pierce Cty. Sup. - WA | 16-2-11198-5 |
| Deposition | 28-Nov-17 | Terry L. Davis v. BNSF Railway Company | Denver County Dist. | 2017cv30455 |
| Deposition | 18-Dec-17 | Vicky Arnold v. EQR-Sombra | Denver County Dist. | 2017cv30402 |
| Deposition | 10-Jan-18 | Patricia Hobdy v. Wells Fargo Bank, NA | U.S. Dist.-Colorado | 1:17-cv-01168 |
| Deposition | 25-Jan-18 | Brent Walker, et al. v. JTM Equipment, Inc., et al. | U.S. Dist.-Wyoming | 15-cv-60-J |
| Deposition | 2-Feb-18 | Brenda McChesney v. Work and Class, LLC, et al. | Denver County Dist. | 2016cv32327 |
| Deposition | 7-Feb-18 | Falgun Pathak v. FedEx Trade Networks, Inc. | U.S. Dist.-Colorado | 1:16-cv-1357-MEH-KLM |
| Deposition | 23-Feb-18 | Don VanDeVander, et al. v. Thomas Lyn Adgate, et al. | Garfield County Dist. | 2016cv30274 |
| Deposition | 27-Feb-18 | Robert Ury v. Union Pacific Railroad Company, et al. | U.S. Dist.-Nebraska | 16-cv-00260 |
| Deposition | 6-Mar-18 | Hilda Castro, et al. v. Wade Lyday, et al. | Adams County Dist. | 2017CV30180 |
| Trial | 14-Mar-18 | Jeffrey D. Sherman v. Motorola Solutions, Inc. | U.S. Dist.-Colorado | 16-cv-01602-MEH |
| Trial | 26-Mar-18 | Brent Walker, et al. v. JTM Equipment, Inc., et al. | U.S. Dist.-Wyoming | 15-cv-60-J |
| Trial | 6-Apr-18 | Linda Best, et al. v. Mervyn Jacobson, et al. | Larimer County Dist. | 15-CV-30739 |
| Deposition | 10-Apr-18 | Jeanette Goodwin v. Mattress Firm, Inc. | Denver County Dist. | 2017cv31649 |
| Deposition | 13-Apr-18 | Donna Kovac v. Farmers Insurance Exchange | El Paso County Dist. | 2015CV30945 |
| Deposition | 16-Apr-18 | Karyn Lynn Wright, et al. v. Kaiser Permanente of CO, et al. | Denver County Dist. | 2017CV69 |



## Testimony Presented by Jeffrey B. Opp - January 1, 2015 Through Current

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Hearing | 18-Apr-18 | Jeffrey Vander Zanden v. State of Illinois, et al. | Ct. of Claims - IL | 10-CC-1290 |
| Deposition | 27-Apr-18 | Lillian Figueroa v. BNSF Railway Company | U.S. Dist.-Eastern WA | 4:17-cv-05096-TOR |
| Deposition | 11-May-18 | Antwon M. Ross v. Illinois Central Railroad Company | Cook Cty. Cir.-IL | 2015L005604 |
| Deposition | 15-May-18 | Mildred Kuehster v. Portercare Adventist Health System | Denver County Dist. | 2017CV34643 |
| Trial | 17-May-18 | Brian Hill, et al. v. Ready mixed Concrete Company, Inc. | Denver County Dist. | 17CV31327 |
| Deposition | 29-May-18 | Shawn T. Flickinger v. Dakota Minn. & Eastern RR Corp. | Winnebago Cty. Cir.-IL | 2016L0026 |
| Deposition | 30-May-18 | Allen Buechler, et al. v. BNSF Railway Company | U.S. Dist.-Wyoming | 17-CV-131-S |
| Trial | 6-Jun-18 | Tamara Bryant v. State of Colorado Dept. of Trans., et al. | U.S. Dist.-Colorado | 16-cv-01638-NYW |
| Deposition | 8-Jun-18 | Christine Frappied, et al. v. Affinity Gaming Black Hawk, LLC | U.S. Dist.-Colorado | 17-cv-01294-RM-NYW |
| Trial | 19-Jun-18 | Robert Mazzoni v. Long Island Railroad Company | U.S. Dist.-Southern NY | 16-Civ.-9366(RA)(JLC) |
| Deposition | 25-Jun-18 | Lisa Schafer v. Scott E. Clemensen, M.D., et al. | Adams County Dist. | 2017CV30526 |
| Deposition | 20-Jul-18 | Dominic A. Pasquale v. BNSF Railway Company | Denver County Dist. | 2017CV034590 |
| Deposition | 25-Jul-18 | Tracy Berry v. Cherwell Software, LLC | U.S. Dist.-Colorado | 17-cv-2532-CMA-MJW |
| Deposition | 27-Jul-18 | Gerardo Vasquez-Vasquz v. Simsek Sefer & SEM Trucking, Inc. | U.S. Dist.-Colorado | 1:17-cv-2015-RM-MJW |
| Deposition | 31-Jul-18 | Steven Costinas, et al. v. Jeff's Welding, Inc., et al. | Arapahoe County Dist. | 2018CV0302278 |
| Deposition | 14-Aug-18 | Rocky Makovy v. The Kansas City Southern Railway Company | U.S. Dist.-Eastern OK | 6:18-CV-00029-RAW |
| Deposition | 21-Aug-18 | Franklyn A. Jenkins v. Immedia, Inc. | U.S. Dist.-Colorado | 13:13-cv-00327 |
| Trial | 29-Aug-18 | Allen Buechler, et al. v. BNSF Railway Company | U.S. Dist.-Wyoming | 17-CV-131-S |
| Deposition | 10-Sep-18 | Beth Lynn O'Dea v. BNSF Railway Company | Lancaster Cty.-NE | CI 17-2342 |
| Deposition | 11-Sep-18 | Earl Wenngren v. Mario Nelson Sarmientos, et al. | Arapahoe County Dist. | 2017CV32672 |
| Deposition | 9-Oct-18 | Leslie A. Coy, et al. v. Metro. Football Stadium Dist., et al. | Denver County Dist. | 2017CV33936 |
| Trial | 30-Oct-18 | Zachary Wooten v. BNSF Railway Company | U.S. Dist.-MT-Missoula | CV-16-139-M-DLC-JCL |



& COMPANY, INC.

## Testimony Presented by Jeffrey B. Opp - January 1, 2015 Through Current

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Deposition | 8-Nov-18 | Carl Bishop v. Union Pacific Railroad Company | Peoria Cty. Cir.-IL | No. 15 L 186 |
| Deposition | 16-Nov-18 | Debra Hock v. Mesa County Valley School District 51 | U.S. Dist.-Colorado | 1:17-CV-02369-RBJ |
| Deposition | 20-Dec-18 | Mark Beard, et al. v. CO Permanente Medical Group, P.C., et al. | Boulder County Dist. | 2017CV30884 |
| Deposition | 28-Dec-18 | Anthony B. Lobato, et al. v. Travelers Property Casualty | U.S. Dist.-Colorado | 1:18-cv-504-REB-MEH |
| Deposition | 7-Jan-19 | Brandon Frequez v. BNSF Railway Company | U.S. Dist.-Colorado | 1:17-CV-00844-WYD |
| Deposition | 15-Jan-19 | Joshua Deisinger v. Wisconsin Central, LTD | Fond Du Lac Cty.-WI | 2018CV000028 |
| Trial | 5-Feb-19 | Timothy Julch v. Allstate Fire & Casualty Insurance Company | U.S. Dist.-Colorado | 1:17-CV-987 |
| Deposition | 1-Mar-19 | Kathleen Small v. Jeffrey Jones | La Plata County Dist. | 2018CV30094 |
| Deposition | 6-Mar-19 | Cheryl Acierno v. Park View Village, LLC | Jefferson County Dist. | 2017CV31758 |
| Trial | 13-Mar-19 | Mark Beard, et al. v. CO Permanente Medical Group, P.C., et al. | Boulder County Dist. | 2017CV30884 |
| Trial | 15-Mar-19 | Sherry Boyer v. Cindy Lockett, MD | El Paso County Dist. | 18CV030648 |
| Deposition | 19-Mar-19 | Matthew and Lia Hensley v. John Hansis and UPS, Inc. | Weld County Dist. | 2018CV25 |
| Deposition | 22-Mar-19 | Lindsay Klinkenberg v. David M. Jones, D.D.S. | Boulder County Dist. | 2018CV30225 |
| Deposition | 1-Apr-19 | John Kosenski v. Peter Corrigan, et al. | Denver County Dist. | 2017CV34800 |
| Trial | 5-Apr-19 | Monica Enright, et al. v. Bruce Dorr, M.D. | Arapahoe County Dist. | 2018CV30046 |
| Deposition | 23-Apr-19 | Richard Raymer, et al. v. Dr. Andrew Hong | Denver County Dist. | 2018CV030619 |
| Hearing | 1-May-19 | Resha Ford, et al. v. Shaelina Fragale | Adams County Dist. | 2019CV030300 |
| Deposition | 17-May-19 | Tanner Lingafelter v. National Railroad Passenger Corp., et al. | King Cty. Sup. - WA | 18-2-13612-1-SEA |
| Deposition | 12-Jun-19 | James Burr v. Grand Trunk Western Railroad Company | U.S. Dist.-W.MI-ND | 1:17-CV-00991-PLM |
| Trial | 18-Jun-19 | Debra Hock v. Mesa County Valley School District 51 | U.S. Dist.-Colorado | 1:17-CV-02369-RBJ |
| Trial | 19-Jun-19 | Franklyn A. Jenkins v. Immedia, Inc. | U.S. Dist.-Colorado | 13:13-cv-00327 |
| Deposition | 3-Jul-19 | John Doe v. The Board of Regents for the University of CO | U.S. Dist.-Colorado | 1:18-cv-1462-WJM-KLM |
| Trial | 8-Jul-19 | Grant C. Little, et al. v. The BNSF Railway Company | U.S. Dist.-W. Wisconsin | 18-CV-166 |



& COMPANY, INC.

## Testimony Presented by Jeffrey B. Opp - January 1, 2015 Through Current

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Trial | 9-Jul-19 | Ashley Olsen v. Albert Williams | Adams County Dist. | 2018CV30649 |
| Trial | 10-Jul-19 | Wayne A. Hein v. The BNSF Railway Company | WY 1st Dist. Ct. | 187-819 |
| Deposition | 7-Aug-19 | Cynthia Duncan v. Bryan Rudder, et al. | Douglas County Dist. | 2018CV30647 |
| Deposition | 12-Aug-19 | Cory D. Lubbert v. The Union Pacific Railroad Company | Douglas Cty. Dst.-NE | CI 18-6927 |
| Trial | 13-Aug-19 | Mitchell Blake v. The Union Pacific Railroad Company, et al. | U.S. Dist.-E. Illinois | 1:15-cv-1106 |
| Deposition | 26-Aug-19 | Burt D. Stewart v. The Union Pacific Railroad Company | Salt Lake Cty. Dst.-UT | C#.180905371 |
| Trial | 28-Aug-19 | Richard Raymer, et al. v. Dr. Andrew Hong | Denver County Dist. | 2018CV030619 |
| Deposition | 3-Sep-19 | Kim Immel v. The Union Pacific Railroad Company | U.S. Dist.-Colorado | 18-cv-02631-WYD-KMT |
| Hearing | 6-Sep-19 | Brandon Frequez v. BNSF Railway Company | U.S. Dist.-Colorado | 1:17-CV-00844-WYD |
| Deposition | 9-Sep-19 | Brandon Mortensen v. The Union Pacific Railroad Company | U.S. Dist.-Wyoming | 18-CV-190-R |
| Deposition | 20-Sep-19 | Sharon Ostberg v. State Farm Mutual Automobile Ins. | U.S. Dist.-Colorado | 18-cv-01741-DDD-STV |
| Trial | 24-Sep-19 | Kayla M. Homan v. BNSF Railway Company | Hennepin Cty. Dst.-MN | 27-CV-18-8505 |
| Trial | 25-Sep-19 | Lori Large v. Centennial Commercial Properties, SW, LLC, et al. | LaPlata Cty. Dst.-CO | 2017CV302232 |
| Deposition | 1-Oct-19 | Alan Swayze v. Wisconsin Central Limited | Fond Du Lac Cty -WI | 2018CV000039 |
| Deposition | 1-Oct-19 | Michael Guelig v. Wisconsin Central Limited | U.S. Dist.-Wisconsin | 2:18-cv-01654 |
| Trial | 15-Oct-19 | Alex Headley v. Cincinnati Casualty Company | Denver County Dist. | 18CV30686 |
| Deposition | 25-Oct-19 | Joseph Bennett v. The Union Pacific Railroad Company | Douglas Cty. Dst -NE | CI 18-3251 |
| Deposition | 28-Oct-19 | Ronald Husemoller v. Aurora Coop. Elevator Co., et al. | Hall Cty. Dst.-NE | CI 16-662 |
| Tr. Pres. Dep. | 28-Oct-19 | Ronald Husemoller v. Aurora Coop. Elevator Co., et al. | Hall Cty. Dst.-NE | CI 16-662 |
| Trial | 29-Oct-19 | Ruthie Smith v. National Railroad Passenger Corporation | Denver County Dist. | 18CV30728 |