# – Brandon K. Fresquez –
# Total Losses

## Age 60 Retirement – 10 Year Front Pay Period – without Historical Health Benefit Losses and Future Health Benefit Differential Losses

| | |
|---|---|
| Historical Lost Earnings: | $ 183,198 |
| Projected Future Lost Earnings: | $ 457,877 |
| Projected Future Lost Tier I RRB Benefits: | $ 57,062 |
| Projected Future Lost Tier II RRB Benefits: | $ 25,400 |
| **Total Losses:** | **$723,537** |
| Pre-Judgement Interest Compounded Monthly at 5.54% Through: | |
| December 17, 2019: | $ 157,308 |
| December 18, 2019: | $ 157,442 |
| December 19, 2019: | $ 157,576 |

-Brandon K. Fresquez-
Historical and Projected Lost FRSA Earning Calculation - 10 Year From Hearing Front Pay Period
with No Historical Health Benefit Losses and Future Health Benefit Differential Losses

Schedule 1

| Period | Gross Wages | Annual Wages | 125 Café Contrib. | Health Benefits | (Less) Cst. Shr. Emp. Exp. | Projected Unimpaired Railroad Earnings | | | | | | Part-Time Wages | Full-Time Wages | 125 Café Contrib. | Health Benefits | 401k Cont. | ER-Paid Emp. Exp. | (Less) Tier I/SS | (Less) Tier II | (Less) Med. | Net Rate | Period Rate | Projected Difference | Present Value/4% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (Less) Tier I | (Less) Tier II | (Less) Med. | Net Rate | Period Rate | | | | | | | | | | | | | | |
| 01/01/16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16,701 | 0 | 0 | 0 | 0 | 0 | (1,035) | 0 | (242) | 15,423 | 6,194 | (6,194) | (6,194) |
| 05/27/16 | 107,306 | 104,546 | 2,760 | 14,463 | 0 | (6,482) | (4,555) | (1,516) | 91,993 | 31,670 | | 16,701 | 0 | 0 | 0 | 0 | (1,035) | 0 | (242) | 15,423 | 5,310 | 26,360 | 26,360 |
| 09/30/16 | 107,306 | 104,546 | 2,760 | 15,069 | 0 | (6,482) | (4,555) | (1,516) | 91,993 | 23,375 | | 16,701 | 0 | 0 | 0 | 0 | (1,035) | 0 | (242) | 15,423 | 3,919 | 19,456 | 19,456 |
| 01/01/17 | 110,169 | 107,409 | 2,760 | 15,701 | 0 | (6,659) | (4,631) | (1,557) | 94,561 | 74,354 | | 18,998 | 0 | 0 | 0 | 0 | (1,178) | 0 | (275) | 17,545 | 13,795 | 60,558 | 60,558 |
| 10/15/17 | 110,169 | 107,409 | 2,760 | 16,358 | 0 | (6,659) | (4,631) | (1,557) | 94,561 | 20,208 | | 0 | 48,000 | 0 | 0 | 1,440 | (2,976) | 0 | (696) | 45,768 | 9,781 | 10,427 | 10,427 |
| 01/01/18 | 106,524 | 103,764 | 2,760 | 17,044 | 0 | (6,433) | (4,675) | (1,505) | 91,152 | 79,414 | | 0 | 45,366 | 4,104 | 0 | 1,361 | (2,813) | 0 | (658) | 47,361 | 41,262 | 38,152 | 38,152 |
| 11/15/18 | 106,524 | 103,764 | 2,760 | 17,758 | 0 | (6,433) | (4,675) | (1,505) | 91,152 | 999 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 999 | 999 |
| 11/19/18 | 106,524 | 103,764 | 2,760 | 18,502 | 0 | (6,433) | (4,675) | (1,505) | 91,152 | 10,738 | | 0 | 53,002 | 0 | 0 | 0 | (3,286) | 0 | (769) | 48,947 | 5,766 | 4,972 | 4,972 |
| 01/01/19 | 108,122 | 105,362 | 2,760 | 19,277 | 0 | (6,532) | (4,836) | (1,528) | 92,466 | 62,826 | | 0 | 48,726 | 4,276 | 0 | 1,462 | (3,021) | 0 | (707) | 50,736 | 34,473 | 28,353 | 28,353 |
| 09/06/19 | 108,122 | 105,362 | 2,760 | 20,085 | 0 | (6,532) | (4,836) | (1,528) | 92,466 | 253 | | 0 | 48,726 | 4,276 | 0 | 1,462 | (3,021) | 0 | (707) | 50,736 | 139 | 115 | 115 |
| Historical Subtotal: | | | | | | | | | | 303,837 | | | | | | | | | | | 120,639 | 183,198 | 183,198 |
| 09/07/19 | 108,122 | 105,362 | 2,760 | 20,085 | 0 | (6,532) | (4,836) | (1,528) | 106,929 | 33,983 | 0 | | 48,726 | 4,276 | 11,108 | 1,462 | (3,021) | 0 | (707) | 61,844 | 19,654 | 14,328 | 14,237 |
| 01/01/20 | 112,447 | 109,687 | 2,760 | 15,069 | 0 | (6,801) | (5,027) | (1,590) | 111,338 | 111,338 | 0 | | 50,667 | 4,455 | 11,573 | 1,520 | (3,141) | 0 | (735) | 64,339 | 64,339 | 46,999 | 45,487 |
| 01/01/21 | 116,945 | 114,185 | 2,760 | 15,701 | 0 | (7,079) | (5,219) | (1,656) | 115,932 | 115,932 | 0 | | 52,685 | 4,642 | 12,058 | 1,581 | (3,266) | 0 | (764) | 66,935 | 66,935 | 48,997 | 45,569 |
| 01/01/22 | 121,623 | 118,863 | 2,760 | 16,358 | 0 | (7,359) | (5,424) | (1,724) | 120,704 | 120,704 | 0 | | 54,783 | 4,836 | 12,563 | 1,644 | (3,397) | 0 | (794) | 69,635 | 69,635 | 51,068 | 45,643 |
| 01/01/23 | 126,487 | 123,727 | 2,760 | 17,044 | 0 | (7,671) | (5,630) | (1,794) | 125,676 | 125,676 | 0 | | 56,966 | 5,039 | 13,090 | 1,709 | (3,532) | 0 | (826) | 72,445 | 72,445 | 53,231 | 45,720 |
| 01/01/24 | 131,547 | 128,787 | 2,760 | 17,758 | 0 | (7,985) | (5,851) | (1,867) | 130,842 | 130,842 | 0 | | 59,235 | 5,250 | 13,638 | 1,777 | (3,673) | 0 | (859) | 75,368 | 75,368 | 55,474 | 45,786 |
| 01/01/25 | 136,809 | 134,049 | 2,760 | 18,502 | 0 | (8,311) | (6,066) | (1,944) | 136,230 | 136,230 | 0 | | 61,594 | 5,470 | 14,210 | 1,848 | (3,819) | 0 | (893) | 78,409 | 78,409 | 57,821 | 45,859 |
| 01/01/26 | 142,281 | 139,521 | 2,760 | 19,277 | 0 | (8,650) | (6,289) | (2,023) | 141,836 | 141,836 | 0 | | 64,047 | 5,699 | 14,805 | 1,921 | (3,971) | 0 | (929) | 81,573 | 81,573 | 60,263 | 45,932 |
| 01/01/27 | 147,972 | 145,212 | 2,760 | 20,085 | 0 | (9,003) | (6,521) | (2,106) | 147,668 | 147,668 | 0 | | 66,599 | 5,938 | 15,425 | 1,998 | (4,129) | 0 | (966) | 84,865 | 84,865 | 62,803 | 46,001 |
| 01/01/28 | 153,891 | 151,131 | 2,760 | 20,926 | 0 | (9,370) | (6,761) | (2,191) | 153,736 | 153,736 | 0 | | 69,251 | 6,187 | 16,072 | 2,078 | (4,294) | 0 | (1,004) | 88,289 | 88,289 | 65,446 | 46,065 |
| 01/01/29 | 160,047 | 157,287 | 2,760 | 21,803 | 0 | (9,752) | (7,009) | (2,281) | 160,049 | 108,885 | 0 | | 72,010 | 6,446 | 16,745 | 2,160 | (4,465) | 0 | (1,044) | 91,852 | 62,489 | 46,396 | 31,580 |
| 09/07/29 | 160,047 | 157,287 | 2,760 | 21,803 | 0 | (9,752) | (7,009) | (2,281) | 160,049 | | 0 | | 74,878 | 6,716 | 17,447 | 2,246 | (4,642) | 0 | (1,086) | 95,558 | | | |
| Future Subtotal: | | | | | | | | | | 1,326,829 | | | | | | | | | | | 764,003 | 562,826 | 457,877 |
| Historical and Future Total | | | | | | | | | | 1,630,666 | | | | | | | | | | | 884,642 | 746,024 | 641,075 |

Note: Immaterial rounding occurs in schedule

Opp and Company, Inc.

-Brandon K. Fresquez-
Tier I Benefit Computation
Unimpaired Railroad Earnings - Age 60.00 Retirement - 10 Year Front Pay Period

Schedule 2

| Year | Max Wages | | Index Factor | Indexed Earnings | Highest 35 Average | Sum Of: 90% of 1st: | 32% of Next: | 15% of Next: | Equals: |
|---|---|---|---|---|---|---|---|---|---|
| 2045 | 83,968 | (5) | 1.00000 | 83,968.11 | | | | | |
| 2043 | 124,408 | (5) | 1.00000 | 124,408.28 | | | | | |
| 2042 | 119,643 | (5) | 1.04646 | 125,202.05 | | | | | |
| 2041 | 115,061 | (5) | 1.09508 | 126,000.86 | | | | | |
| 2040 | 110,654 | (5) | 1.14596 | 126,804.71 | | | | | |
| 2039 | 106,416 | (5) | 1.19920 | 127,613.65 | | | | | |
| 2038 | 102,340 | (5) | 1.25491 | 128,427.71 | | | | | |
| 2037 | 98,420 | (5) | 1.31321 | 129,246.92 | | | | | |
| 2044 | 129,363 | (5) | 1.00000 | 129,362.85 | | | | | |
| 2036 | 94,651 | (5) | 1.37423 | 130,071.31 | | | | | |
| 2035 | 91,025 | (5) | 1.43807 | 130,900.92 | | | | | |
| 2034 | 87,539 | (5) | 1.50489 | 131,735.77 | | | | | |
| 2033 | 84,186 | (5) | 1.57480 | 132,575.91 | | | | | |
| 2032 | 80,961 | (5) | 1.64797 | 133,421.36 | | | | | |
| 2031 | 77,860 | (5) | 1.72453 | 134,272.16 | | | | | |
| 2030 | 74,878 | (5) | 1.80466 | 135,128.33 | | | | | |
| 2029 | 130,416 | (5) | 1.88850 | 246,290.64 | | | | | |
| 2028 | 151,131 | (5) | 1.97624 | 298,671.64 | | | | | |
| 2027 | 145,212 | (5) | 2.06806 | 300,307.32 | | | | | |
| 2026 | 139,521 | (5) | 2.16414 | 301,942.96 | | | | | |
| 2025 | 134,049 | (5) | 2.26468 | 303,578.09 | | | | | |
| 2024 | 128,787 | (5) | 2.36990 | 305,212.20 | | | | | |
| 2023 | 123,727 | (5) | 2.48001 | 306,844.78 | | | | | |
| 2022 | 118,863 | (5) | 2.59523 | 308,475.26 | | | | | |
| 2021 | 114,185 | (5) | 2.71580 | 310,103.07 | | | | | |
| 2020 | 109,687 | (5) | 2.84198 | 311,727.60 | | | | | |
| 2019 | 105,362 | (5) | 2.97402 | 313,348.21 | | | | | |
| 2018 | 103,764 | (5) | 3.11219 | 322,933.52 | | | | | |
| 2014 | 88,761 | (3) | 3.73213 | 331,265.93 | | | | | |
| 2015 | 93,521 | (3) | 3.56643 | 333,537.14 | | | | | |
| 2017 | 107,409 | (5) | 3.25678 | 349,805.87 | | | | | |
| 2012 | 85,790 | (1) | 4.08697 | 350,620.96 | | | | | |
| 2013 | 89,794 | (3) | 3.90552 | 350,693.91 | | | | | |
| 2011 | 83,219 | (1) | 4.27685 | 355,913.48 | | | | | |
| 2016 | 104,546 | (5) | 3.40809 | 356,300.93 | | | | | |
| 2010 | 83,219 | (1) | 4.47555 | 372,449.22 | | | | | |
| 2008 | 79,478 | (1) | 4.90108 | 389,530.31 | | | | | |
| 2007 | 75,972 | (1) | 5.12879 | 389,644.30 | | | | | |
| 2009 | 83,219 | (1) | 4.68349 | 389,753.21 | | | | | |
| 2005 | 70,128 | (1) | 5.86852 | 411,547.65 | | | | | |
| 2006 | 73,401 | (1) | 5.61064 | 411,824.50 | | | | | |
| | | | | | 23,184 | 3,636 | 21,908 | -2,360 | 9,929 |

Life expectancy at age 60.00 =    19.65    9,929 X 12mos. =    119,148

119,148  for   19.65  years at -2.00% =    1,920,623 for   25.95  years at -6.00% =    423,488
Plus Spousal Annuity(6):    0
(Less) Early Retirement Reduction(7)    (169,395)
Total:    254,093

Date of Birth:            08/17/85
Date of Report/Trial:     09/06/19
Age 60.00 Retire:         08/17/45
Normal Retire:            08/17/45
Current Age:              34.05
Current Life Expectancy:  45.60
Life Exp. At Retire:      19.65
Retirement Year:          2045
Retirement Year %:        62.42%

(1) Assumed creditable Tier I earnings
(2) Maximum creditable Tier I earnings
(3) Actual creditable Tier I earnings
(4) Projected maximum Tier I earnings
(5) Projected creditable Tier I earnings
(6) Equal to 50.00% of the railroader earned benefit
(7) Equal to 1/180th for 1st 36 and 1/240th of remaining months retiring prior to normal SS/RRB retirement age

Opp and Company, Inc.

-Brandon K. Fresquez-  
Tier I Benefit Computation  
Impaired Railroad and Alternate Earnings - Age 60.00 Retirement - 10 Year Front Pay Period

Schedule 3

| Year | Max Wages | | Index Factor | Indexed Earnings | Highest 35 Average | 90% of 1st: | 32% of Next: | 15% of Next: | Equals: |
|---|---|---|---|---|---|---|---|---|---|
| 2016 | 16,701 | (5) | 3.40809 | 56,916.81 | | | | | |
| 2017 | 18,998 | (5) | 3.25678 | 61,872.50 | | | | | |
| 2045 | 83,968 | (5) | 1.00000 | 83,968.11 | | | | | |
| 2043 | 124,408 | (5) | 1.00000 | 124,408.28 | | | | | |
| 2042 | 119,643 | (5) | 1.04646 | 125,202.05 | | | | | |
| 2041 | 115,061 | (5) | 1.09508 | 126,000.86 | | | | | |
| 2040 | 110,654 | (5) | 1.14596 | 126,804.71 | | | | | |
| 2039 | 106,416 | (5) | 1.19920 | 127,613.65 | | | | | |
| 2038 | 102,340 | (5) | 1.25491 | 128,427.71 | | | | | |
| 2037 | 98,420 | (5) | 1.31321 | 129,246.92 | | | | | |
| 2044 | 129,363 | (5) | 1.00000 | 129,362.85 | | | | | |
| 2036 | 94,651 | (5) | 1.37423 | 130,071.31 | | | | | |
| 2035 | 91,025 | (5) | 1.43807 | 130,900.92 | | | | | |
| 2034 | 87,539 | (5) | 1.50489 | 131,735.77 | | | | | |
| 2033 | 84,186 | (5) | 1.57480 | 132,575.91 | | | | | |
| 2032 | 80,961 | (5) | 1.64797 | 133,421.36 | | | | | |
| 2031 | 77,860 | (5) | 1.72453 | 134,272.16 | | | | | |
| 2030 | 74,878 | (5) | 1.80466 | 135,128.33 | | | | | |
| 2029 | 72,010 | (5) | 1.88850 | 135,989.93 | | | | | |
| 2018 | 43,883 | (5) | 3.11219 | 136,572.87 | | | | | |
| 2028 | 69,251 | (5) | 1.97624 | 136,856.97 | | | | | |
| 2027 | 66,599 | (5) | 2.06806 | 137,729.50 | | | | | |
| 2026 | 64,047 | (5) | 2.16414 | 138,607.54 | | | | | |
| 2025 | 61,594 | (5) | 2.26468 | 139,491.14 | | | | | |
| 2024 | 59,235 | (5) | 2.36990 | 140,380.32 | | | | | |
| 2023 | 56,966 | (5) | 2.48001 | 141,275.13 | | | | | |
| 2022 | 54,783 | (5) | 2.59523 | 142,175.59 | | | | | |
| 2021 | 52,685 | (5) | 2.71580 | 143,081.75 | | | | | |
| 2020 | 50,667 | (5) | 2.84198 | 143,993.64 | | | | | |
| 2019 | 48,726 | (5) | 2.97402 | 144,911.30 | | | | | |
| 2014 | 88,761 | (3) | 3.73213 | 331,265.93 | | | | | |
| 2015 | 93,521 | (3) | 3.56643 | 333,537.14 | | | | | |
| 2012 | 85,790 | (1) | 4.08697 | 350,620.96 | | | | | |
| 2013 | 89,794 | (3) | 3.90552 | 350,693.91 | | | | | |
| 2011 | 83,219 | (1) | 4.27685 | 355,913.48 | | | | | |
| 2010 | 83,219 | (1) | 4.47555 | 372,449.22 | | | | | |
| 2008 | 79,478 | (1) | 4.90108 | 389,530.31 | | | | | |
| 2007 | 75,972 | (1) | 5.12879 | 389,644.30 | | | | | |
| 2009 | 83,219 | (1) | 4.68349 | 389,753.21 | | | | | |
| 2005 | 70,128 | (1) | 5.86852 | 411,547.65 | | | | | |
| 2006 | 73,401 | (1) | 5.61064 | 411,824.50 | | | | | |
| | | | | | 17,470 | 3,636 | 13,834 | 0 | 7,699 |

Life expectancy at age 60.00 =         19.65         7,699 X 12mos. =   92,391

92,391   for   19.65   years at -2.00% =   1,489,308 for   25.95   years at -6.00% =   328,385  
Plus Spousal Annuity(6):   0  
(Less) Early Retirement Reduction(7):   (131,354)  
Total:   **197,031**

Date of Birth:              08/17/85  
Date of Report/Trial:       09/06/19  
Age 60.00 Retire:           08/17/45  
Normal Retire:              08/17/52  
Current Age:                34.05  
Current Life Expectancy:    45.60  
Life Exp. At Retire:        19.65  
Retirement Year:            2045  
Retirement Year %:          62.42%

(1) Assumed creditable Tier I earnings  
(2) Maximum creditable Tier I earnings  
(3) Actual creditable Tier I earnings  
(4) Projected maximum Tier I earnings  
(5) Projected creditable Tier I earnings  
(6) Equal to 50.00% of the railroader earned benefit  
(7) Equal to 1/180th for 1st 36 and 1/240th of remaining months retiring prior to normal SS/RRB retirement age

Opp and Company, Inc.

-Brandon K. Fresquez-      Schedule 4
**Tier II Benefit Computation**
**Unimpaired Railroad Earnings - Age 60.00 Retirement - 10 Year Front Pay Period**

| Year | Wages | 60 Month Average | | | |
|---|---|---|---|---|---|
| 2011 | 79,200 (1) | | | | |
| 2012 | 81,900 (1) | | | | |
| 2013 | 84,300 (1) | | | | |
| 2014 | 87,000 (1) | | | | |
| 2015 | 88,200 (1) | | | | |
| 2016 | 92,963 (1) | | | | |
| 2017 | 94,500 (1) | | | | |
| 2018 | 96,300 (1) | | | | |
| 2019 | 99,000 (1) | | | | |
| 2020 | 102,600 (1) | | | | |
| 2021 | 106,500 (1) | | | | |
| 2029 | 107,726 (4) | | | | |
| 2022 | 110,700 (1) | | | | |
| 2023 | 114,900 (1) | | | | |
| 2024 | 119,400 (1) | | | | |
| 2025 | 123,794 (3) | | | | |
| 2026 | 128,350 (3) | | | | |
| 2027 | 133,073 (3) | | | | |
| 2028 | 137,970 (3) | | | | |
| | | 10,710 | X 23.68 Years of Service X .007 = | | 1,775.43 |

Life expectancy at age 60.00 =   19.66       1,775 X 12mos.=   21,305

| 21,305 | for | 19.66 | years at -4.70% ÷ 269,516 | for | 25.94 years at -6.00%= | 59,436 |
|---|---|---|---|---|---|---|
| | | | | | (Less) Early Retirement Reduction(5) | (23,775) |
| | | | | | Total: | **35,662** |

| | |
|---|---|
| Date of Birth: | 08/17/85 |
| Eff. Date of Hire: | 01/01/06 |
| Eff. Last Day Worked: | 09/07/29 |
| Date of Calculation: | 09/07/19 |
| Age 60.00 Retire: | 08/17/45 |
| Normal Retire: | 08/17/45 |
| Service Years | 23.68 |
| Current Age | 34.06 |
| Current Life Exp. | 45.60 |
| Life Exp. @ Retire: | 19.66 |
| Retirement Year: | 2045 |
| Retirement Year %: | 62.42% |

(1) Maximum creditable Tier II earnings
(2) Actual creditable Tier II earnings
(3) Projected maximum creditable Tier II earnings
(4) Assumed creditable Tier II earnings
(5) Equal to 1/180th for 1st 36 and 1/240th of remaining months retiring prior to normal SS/RRB retirement age

Opp and Company, Inc.

-Brandon K. Fresquez-  
**Tier II Benefit Computation**  
**Impaired Railroad Earnings - Age 60.00 Retirement - 10 Year Front Pay Period**

Schedule 5

| Year | Wages | 60 Month Average | | | |
|------|-------|------------------|---|---|---|
| 2016 | 33,016 (2) | | | | |
| 2011 | 79,200 (1) | | | | |
| 2012 | 81,900 (1) | | | | |
| 2013 | 84,300 (1) | | | | |
| 2014 | 87,000 (1) | | | | |
| 2015 | 88,200 (1) | | | | |
| | | 7,010 | X10.41 Years of Service X .007 = | | 510.92 |

Life expectancy at age 60.00 =   19.66        511 X 12mos.=   6,131

| 6,131 | for | 19.66 | years at -4.70% : | 77,559 | for | 25.94 | years at -6.00%= | **17,104** |
|-------|-----|-------|-------------------|--------|-----|-------|------------------|------------|
| | | | | | | | (Less) Early Retirement Reduction(5) | **(6,842)** |
| | | | | | | | Total: | **10,262** |

| | |
|---|---|
| Date of Birth: | 08/17/85 |
| Eff. Date of Hire: | 01/01/06 |
| Eff. Last Day Worked: | 05/31/16 |
| Date of Calculation: | 09/07/19 |
| Age 60.00 Retire: | 08/17/45 |
| Normal Retire: | 08/17/52 |
| Service Years | 10.41 |
| Current Age | 34.06 |
| Current Life Exp. | 45.60 |
| Life Exp. @ Retire: | 19.66 |
| Retirement Year: | 2045 |
| Retirement Year %: | 62.42% |

(1) Maximum creditable Tier II earnings  
(2) Actual creditable Tier II earnings  
(3) Projected maximum creditable Tier II earnings  
(4) Assumed creditable Tier II earnings  
(5) Equal to 1/180th for 1st 36 and 1/240th of remaining months retiring prior to normal SS/RRB retirement age

Opp and Company, Inc.

Schedule 6.1

-Brandon K. Fresquez-
BNSF Employees Wage Comparison

| Roster Rank | BNSF/Fresquez Bates Range | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|
| | BNSF3531-3535 / 003661-003665 | 65,829.13 | 71,013.33 | 75,748.16 | 69,232.73 | 68,929.19 | 74,836.87 |
| | BNSF3536-3540 / 003656-003660 | 74,878.42 | 79,488.28 | 91,177.05 | 127,362.49 | 42,083.55 (1) | 90,262.47 |
| | BNSF3541-3545 / 003666-003670 | 76,162.62 | 83,879.10 | 96,928.38 | 100,702.95 | 95,710.19 | 108,880.95 |
| | BNSF3546-3550 / 003637-003641 | 72,341.47 | 66,842.63 | 90,520.47 | 79,204.19 | 67,399.11 | 3,424.66 (2) |
| | BNSF3551-3555 / 003651-003655 | 65,867.92 | 73,853.54 | 91,179.34 | 79,672.56 | 88,713.20 | 96,301.99 |
| | BNSF3556-3560 / 003642-003646 | 67,963.12 | 70,237.57 | 81,446.28 | 76,088.35 | 111,802.97 | 37,941.19 (2) |
| | BNSF003632-003636 | 74,245.36 | 94,334.38 | 97,468.68 | 121,201.11 | 144,734.89 | 6,728.34 (2) |
| | BNSF003647-003650 | 9,468.05 (1) | 1,250.00 (1) | 0.00 (1) | 0.00 (1) | | |
| Average | | 71,041.15 | 77,092.69 | 89,209.77 | 93,352.05 | 96,214.93 | 92,570.57 |
| % Increase Previous Year | | | 8.52% | 15.72% | 4.64% | 3.07% | -3.79% |
| % Average Increase Previous Year - 2013 - 2018 | | | | | | | 5.63% |

| | BK Fresquez | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 92,170.40 | 91,136.64 | 95,897.29 | | | |
| $ Difference | | 21,129.25 | 14,043.95 | 6,687.52 | | | |
| Average Diff. Fresquez v. Roster Average: | | | | | 13,953.58 | 13,953.58 | 13,953.58 |

| Projected Fresquez Wage - $ | | | | | $ 107,305.63 | $ 110,168.50 | $ 106,524.15 |

(1) Not used in average due to incomplete service year
(2) Not used in average due to incomplete information provided

Opp and Company, Inc.

Schedule 6.2

# -Brandon K. Fresquez-
## Projected Railroad Wages Calculation - Track Inspector

*Projected Uninjured Wages - Adjusted 2018 Amounts*

| Date | Reason | Increase | New Rate | Annual |
|---|---|---|---|---|
| 12/31/18 | Adjusted Amount | N/A | $ 106,524.15 | |
| 7/1/19 | NCCC/BMWED 2018 National Rail Contrac | 3.00% | $ 109,719.87 | $108,122.01 |

Note: Immaterial rounding occurs in schedule

Opp and Company, Inc.

-Brandon K. Fresquez-
Annualized 2018 SAFEBuilt Earnings Calculation

Schedule 7

| Company | Period | Portion of Year | Gross Wages | ER-Paid Health | Pre-Tax Med. Cont. | 401(k) Cont. |
|---|---|---|---|---|---|---|
| **2018** | | | | | | |
| SAFEBuilt | Weekly | 0.0192 | 951.35 | 205.02 | 78.92 | 28.54 |
| | Balance of Calendar Year | 0.9808 | 48,518.85 | 10,456.02 | 4,024.92 | 1,455.54 |
| Total | | 1.0000 | 49,470.20 | 10,661.04 | 4,103.84 | 1,484.08 |

Opp and Company, Inc.

Schedule 8

-Brandon K. Fresquez-
Annualized 2018 Charles Abbott Wages Calculation

| Company | Period | Portion of Year | Annual Wages | Annual Bonus(1) | Annual Total |
|---|---|---|---|---|---|
| **2018** | | | | | |
| Charles Abbott Assoc., Inc. | Pay Period | 0.0385 | 1,961.60 | 2,000.00 | 3,961.60 |
| | Balance of Calendar Year | 0.9615 | 49,040.00 | 0.00 | 49,040.00 |
| Total | | 1.0000 | **51,001.60** | **2,000.00** | **53,001.60** |

(1) One-Time annual non-reoccurring bonus

Opp and Company, Inc.

-Brandon K. Fresquez  
**Unimpaired Railroad Earnings Calculation**  
Schedule 9

| Year | Gross Wages | | 125 Café Contrib. | Other Income | Net Wages |
|---|---|---|---|---|---|
| *Adjusted Seniority Roster Earnings with Standard Increases* | | | | | |
| 2016 | 107,305.63 | (1) | 2,760.00 | - | 104,545.63 |
| 2017 | 110,168.50 | (1) | 2,760.00 | - | 107,408.50 |
| 2018 | 106,524.15 | (1) | 2,760.00 | - | 103,764.15 |
| 2019 | 108,122.01 | (2) | 2,760.00 | - | 105,362.01 |
| 2020 | 112,446.89 | (3) | 2,760.00 | - | 109,686.89 |
| 2021 | 116,944.76 | (3) | 2,760.00 | - | 114,184.76 |
| 2022 | 121,622.55 | (3) | 2,760.00 | - | 118,862.55 |
| 2023 | 126,487.46 | (3) | 2,760.00 | - | 123,727.46 |
| 2024 | 131,546.95 | (3) | 2,760.00 | - | 128,786.95 |
| 2025 | 136,808.83 | (3) | 2,760.00 | - | 134,048.83 |
| 2026 | 142,281.19 | (3) | 2,760.00 | - | 139,521.19 |
| 2027 | 147,972.43 | (3) | 2,760.00 | - | 145,212.43 |
| 2028 | 153,891.33 | (3) | 2,760.00 | - | 151,131.33 |
| 2029 | 160,046.98 | (3) | 2,760.00 | - | 157,286.98 |
| 2030 | 166,448.86 | (3) | 2,760.00 | - | 163,688.86 |
| 2031 | 173,106.82 | (3) | 2,760.00 | - | 170,346.82 |
| 2032 | 180,031.09 | (3) | 2,760.00 | - | 177,271.09 |
| 2033 | 187,232.33 | (3) | 2,760.00 | - | 184,472.33 |
| 2034 | 194,721.63 | (3) | 2,760.00 | - | 191,961.63 |
| 2035 | 202,510.49 | (3) | 2,760.00 | - | 199,750.49 |
| 2036 | 210,610.91 | (3) | 2,760.00 | - | 207,850.91 |
| 2037 | 219,035.35 | (3) | 2,760.00 | - | 216,275.35 |
| 2038 | 227,796.76 | (3) | 2,760.00 | - | 225,036.76 |
| 2039 | 236,908.63 | (3) | 2,760.00 | - | 234,148.63 |
| 2040 | 246,384.98 | (3) | 2,760.00 | - | 243,624.98 |
| 2041 | 256,240.38 | (3) | 2,760.00 | - | 253,480.38 |
| 2042 | 266,489.99 | (3) | 2,760.00 | - | 263,729.99 |
| 2043 | 277,149.59 | (3) | 2,760.00 | - | 274,389.59 |
| 2044 | 288,235.58 | (3) | 2,760.00 | - | 285,475.58 |
| 2045 | 299,765.00 | (3) | 2,760.00 | - | 297,005.00 |

(1) Assumed to be equal to adjusted seniority roster amoutns  
(3) Assumed to be equal to adjusted 2018 amounts, plus contractual increases  
(3) Assumed to be equal to previous amounts plus 4.00% annual increases

Note: Immaterial rounding occurs in schedule  
Opp and Company, Inc.

-Brandon K. Fresquez-  
**Impaired Railroad and Alternate Earnings Calculation** Schedule 10

| Year | Alternate Wages | | 125 Café Contrib. | Net Wages |
|---|---|---|---|---|
| *2018 Earnings with Standard Increases* | | | | |
| 2016 | 16,700.50 | | - | 16,700.50 |
| 2017 | 18,998.06 | | - | 18,998.06 |
| 2018 | 47,301.23 | (1) | 3,417.99 | 43,883.23 |
| 2019 | 53,001.60 | (2) | 4,275.79 | 48,725.81 |
| 2020 | 55,121.66 | (3) | 4,454.95 | 50,666.72 |
| 2021 | 57,326.53 | (3) | 4,641.61 | 52,684.92 |
| 2022 | 59,619.59 | (3) | 4,836.09 | 54,783.50 |
| 2023 | 62,004.38 | (3) | 5,038.72 | 56,965.65 |
| 2024 | 64,484.55 | (3) | 5,249.85 | 59,234.70 |
| 2025 | 67,063.93 | (3) | 5,469.82 | 61,594.12 |
| 2026 | 69,746.49 | (3) | 5,699.00 | 64,047.49 |
| 2027 | 72,536.35 | (3) | 5,937.79 | 66,598.56 |
| 2028 | 75,437.80 | (3) | 6,186.58 | 69,251.22 |
| 2029 | 78,455.32 | (3) | 6,445.80 | 72,009.52 |
| 2030 | 81,593.53 | (3) | 6,715.88 | 74,877.65 |
| 2031 | 84,857.27 | (3) | 6,997.27 | 77,859.99 |
| 2032 | 88,251.56 | (3) | 7,290.46 | 80,961.10 |
| 2033 | 91,781.62 | (3) | 7,595.93 | 84,185.69 |
| 2034 | 95,452.89 | (3) | 7,914.20 | 87,538.69 |
| 2035 | 99,271.00 | (3) | 8,245.81 | 91,025.20 |
| 2036 | 103,241.84 | (3) | 8,591.30 | 94,650.54 |
| 2037 | 107,371.52 | (3) | 8,951.28 | 98,420.24 |
| 2038 | 111,666.38 | (3) | 9,326.34 | 102,340.04 |
| 2039 | 116,133.03 | (3) | 9,717.11 | 106,415.92 |
| 2040 | 120,778.35 | (3) | 10,124.26 | 110,654.09 |
| 2041 | 125,609.49 | (3) | 10,548.47 | 115,061.02 |
| 2042 | 130,633.87 | (3) | 10,990.45 | 119,643.42 |
| 2043 | 135,859.22 | (3) | 11,450.95 | 124,408.28 |
| 2044 | 141,293.59 | (3) | 11,930.74 | 129,362.85 |
| 2045 | 146,945.33 | (3) | 12,430.64 | 134,514.70 |

(1) Assumed to be equal to calculated SAFEBuilt and Charles Abbott amounts  
(2) Assumed to be equal to annualized 2018 Charles Abbott amounts  
(3) Assumed to be equal to previous annualized amounts plus 4.00% annual increases

Note: Immaterial rounding occurs in schedule                                    Opp and Company, Inc.

Schedule 14

## -Brandon K. Fresquez-
## Earnings Comparison

| Year | Railroad Wages | Tier I Max | Wages as a % of T1 Max | Sick Pay | Other Wages(1) | PreTax Cont.(2) | Total RR Income | Tax Int. Income | Other Income | Sch D Income | Sch E Income | Pension & Ann. | Unemp. Comp. | Total Income | RR Exp. | Total % of RR Wages | Federal TX Paid | State TX Paid | ER-Paid Health(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | 89,794 | 113,700 | 78.97% | - | - | 2,376 | 92,170 | - | - | - | - | - | - | 89,794 | - | 0.00% | 9,217 | 3,123 | - |
| 2014 | 88,761 | 117,000 | 75.86% | - | - | 2,376 | 91,137 | - | - | - | - | - | - | 88,761 | - | 0.00% | 13,875 | 4,516 | - |
| 2015 | 93,521 | 118,500 | 78.92% | - | - | 2,376 | 95,897 | - | - | - | - | - | - | 93,521 | - | 0.00% | 7,813 | 2,719 | - |
| 2016 | 33,016 | 118,500 | 27.86% | - | 16,701 | 990 | 34,006 | - | - | - | - | - | 4,899 | 54,615 | - | 0.00% | - | - | - |
| 2017 | - | 127,200 | 0.00% | - | 18,782 | 216 | 18,998 | - | - | - | - | - | 9,653 | 28,435 | - | 0.00% | - | - | - |
| 2018 | - | 127,200 | 0.00% | - | 42,647 | 4,654 | 47,301 | - | - | - | - | - | 9,653 | 52,300 | - | 0.00% | - | - | 8,879 |

Averages:   2013-2015  **77.92%**                     2013-2015  **0.00%**

(1) 2018 other wages based upon annual salary of $49,470 for the period 1/1/18 - 11/15/18 for SAFEBuilt and annual salary of $53,002 for the period 11/19/18 - 12/31/18 for Charles Abbott
(2) 2018 pre-tax contributions based upon weekly rate of $28.54 for the period 1/1/18 - 11/15/18
(3) 2018 employer contributions based upon weekly rate of $205.02 for the period 1/1/18 - 11/15/18

Source: Brandon K. Fresquez's TRs, W-2s, paystubs and Callout Report

Opp and Company, Inc.

# -Brandon K. Fresquez-
# Key Dates

| | |
|---|---|
| Date of Hearing- | 09/06/19 |
| Date of Birth- | 08/17/85 |
| Seniority Date- | 11/07/05 |
| **Effective Seniority Date-** (Mr. Fresquez missed two months of service in 2010) | 01/01/06 |
| Date of Termination- | 05/27/16 |
| Date Railroad Insurance Ended - Plaintiff- | 09/30/16 |
| Date of Part-Time Hire - SAFEbuilt- | 08/07/17 |
| Date of Full-Time Hire - SAFEbuilt- | 10/15/17 |
| Date Insurance Coverage Began - SAFEbuilt- | 01/01/18 |
| Last Date Worked - SAFEbuilt- | 11/15/18 |
| Date of Hire - Charles Abbott- | 11/19/18 |
| Date Insurance Coverage Began - Charles Abbott- | 01/01/19 |
| Front Pay Loss Period - | 10 Years |
| **Earliest Pre-Injury Planned Retirement Date -** (Mr. Fresquez planned on working at least until age 60 and could have first retired with an RRB benefit) | 08/17/45 |
| Normal Social Security Retirement Date - | 08/17/52 |
| Craft- | Track Inspector |
| Union | BMWED |
| Actual Total Service Months- | 125 |

-Brandon K. Fresquez- Schedule 16
Pre-Judgement Interest on Total Losses

| Period | Total Loss | Pre-Judge. Interest at 5.54% | Pre-Judge. Interest Total |
|---|---|---|---|
| 05/27/16 | 723,537 | 548.72 | 548.72 |
| 06/01/16 | 724,086 | 3,294.81 | 3,843.53 |
| 07/01/16 | 727,381 | 3,420.13 | 7,263.66 |
| 08/01/16 | 730,801 | 3,436.21 | 10,699.88 |
| 09/01/16 | 734,237 | 3,341.00 | 14,040.88 |
| 10/01/16 | 737,578 | 3,468.08 | 17,508.96 |
| 11/01/16 | 741,046 | 3,371.99 | 20,880.95 |
| 12/01/16 | 744,418 | 3,500.24 | 24,381.19 |
| 01/01/17 | 747,918 | 3,516.70 | 27,897.89 |
| 02/01/17 | 751,435 | 3,191.31 | 31,089.20 |
| 03/01/17 | 754,626 | 3,548.24 | 34,637.44 |
| 04/01/17 | 758,174 | 3,449.93 | 38,087.37 |
| 05/01/17 | 761,624 | 3,581.15 | 41,668.52 |
| 06/01/17 | 765,206 | 3,481.92 | 45,150.44 |
| 07/01/17 | 768,687 | 3,614.36 | 48,764.79 |
| 08/01/17 | 772,302 | 3,631.35 | 52,396.14 |
| 09/01/17 | 775,933 | 3,530.73 | 55,926.88 |
| 10/01/17 | 779,464 | 3,665.03 | 59,591.91 |
| 11/01/17 | 783,129 | 3,563.48 | 63,155.38 |
| 12/01/17 | 786,692 | 3,699.02 | 66,854.40 |
| 01/01/18 | 790,391 | 3,716.41 | 70,570.81 |
| 02/01/18 | 794,108 | 3,372.54 | 73,943.35 |
| 03/01/18 | 797,480 | 3,749.74 | 77,693.09 |
| 04/01/18 | 801,230 | 3,645.84 | 81,338.93 |
| 05/01/18 | 804,876 | 3,784.51 | 85,123.45 |
| 06/01/18 | 808,660 | 3,679.65 | 88,803.10 |
| 07/01/18 | 812,340 | 3,819.61 | 92,622.71 |
| 08/01/18 | 816,160 | 3,837.57 | 96,460.28 |
| 09/01/18 | 819,997 | 3,731.24 | 100,191.52 |
| 10/01/18 | 823,729 | 3,873.16 | 104,064.68 |
| 11/01/18 | 827,602 | 3,765.84 | 107,830.53 |
| 12/01/18 | 831,368 | 3,909.08 | 111,739.60 |
| 01/01/19 | 835,277 | 3,927.46 | 115,667.06 |
| 02/01/19 | 839,204 | 3,564.06 | 119,231.12 |
| 03/01/19 | 842,768 | 3,962.68 | 123,193.80 |
| 04/01/19 | 846,731 | 3,852.89 | 127,046.69 |
| 05/01/19 | 850,584 | 3,999.43 | 131,046.12 |
| 06/01/19 | 854,583 | 3,888.62 | 134,934.74 |
| 07/01/19 | 858,472 | 4,036.52 | 138,971.26 |
| 08/01/19 | 862,508 | 4,055.50 | 143,026.76 |
| 09/01/19 | 866,564 | 3,943.13 | 146,969.89 |
| 10/01/19 | 870,507 | 4,093.11 | 151,063.00 |
| 11/01/19 | 874,600 | 3,979.70 | 155,042.70 |
| 12/01/19 | 878,580 | 2,132.16 | 157,174.87 |
| 12/17/19 | 880,712 | 133.58 | **157,308.45** |
| 12/18/19 | 880,845 | 133.60 | **157,442.05** |
| 12/19/19 | 880,979 | 133.62 | **157,575.68** |

Note: Immaterial rounding occurs in schedule                                      Opp and Company, Inc.