IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00844-WJM-SKC

BRANDON FRESQUEZ,

    Plaintiff,

vs.

BNSF RAILWAY CO.,

    Defendant

## NOTICE OF APPEAL

Notice is given that Defendant BNSF Railway Company appeals to the United States Court of Appeals for the Tenth Circuit from the Final Judgment (ECF 202) (Dec. 17, 2019), including all prior orders and rulings (including ECF 193 and 201) that merged into the final judgment, as well as the following orders and rulings made after the final judgment, identified by docket number and date: ECF 230 (March 20, 2020), ECF 235 (April 14, 2020), ECF 236 (April 15, 2020), ECF 245 (March 8, 2021), ECF 246 (March 8, 2021), and any other order providing relief in any form to Plaintiff.

Date: April 6, 2020.

    By: /s/ Bryan P. Neal
        Bryan P. Neal
        Thompson & Knight LLP
        One Arts Plaza
        1722 Routh Street, Suite 1500
        Dallas, Texas 75201
        Telephone: (214) 969-1700
        Facsimile: (214) 969-1751
        Email: bryan.neal@tklaw.com

> Keith M. Goman, Esq.
> Hall & Evans, L.L.C.
> 1001 Seventeenth St., Ste. 300
> Denver, Colorado 80202
> Telephone:  (303) 628-3300
> Facsimile:   (303) 628-3368
> Email: gomank@hallevans.com

**CERTIFICATE OF SERVICE**

I certify that counsel for Plaintiff was served electronically by virtue of filing this document on the CM/ECF system.

/s/ Bryan P. Neal
Bryan P. Neal