FILED
United States Court of Appeals
Tenth Circuit

December 12, 2022

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

BRANDON FRESQUEZ,

    Plaintiff - Appellee,

v.

BNSF RAILWAY CO.,

    Defendant - Appellant.

No. 21-1118
(D.C. No. 1:17-CV-00844-WJM-SKC)
(D. Colo.)

_____

**ORDER**
_____

Before **TYMKOVICH**, **BRISCOE**, and **PHILLIPS**, Circuit Judges.
_____

This matter is before us on Appellee Brandon Fresquez's *Bill of Costs* and *Motion for Attorney's Fees and Expenses*. The request for costs and motion for attorney's fees are not opposed by Appellant BNSF Railway Co.

Upon consideration, we grant Appellee's *Motion for Attorney's Fees and Expenses* pursuant to 49 U.S.C. § 20109(e)(2)(C). We remand to the district court to determine reasonable attorney's fees.

Where this court affirms a judgment, costs are taxed against Appellant. Fed. R. App. P. 39(a)(2). Accordingly, costs are taxed in favor of Appellee and against Appellant in the amount of $432.80 for necessary copies of Appellee's brief and appendix. See 10th Cir. R. 39.1; *Bancamerica Commercial Corp. v. Mosher Steel of Kansas, Inc.*, 103 F.3d 80, 82 (10th Cir. 1996) (order).

A copy of this order shall stand as a supplement to the mandate that was issued on December 2, 2022.

                                        Entered for the Court
                                        CHRISTOPHER M. WOLPERT, Clerk

                                        By: Sunil N. Rao
                                              Counsel to the Clerk