IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| BRANDON FRESQUEZ, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:17-cv-00844-WJM-SKC |
| | ) |
| vs. | ) |
| | ) |
| BNSF RAILWAY CO. | ) |
| | ) |
| Defendant. | ) |

## SATISFACTION OF JUDGMENT

Plaintiff Brandon Fresquez and Defendant BNSF Railway Co. jointly submit this Satisfaction of Judgment. The parties jointly confirm and acknowledge that all judgments and orders entered by this Court, and by the United States Court of Appeals for the Tenth Circuit, in the matter have been fully satisfied by BNSF. The parties respectfully request that the Court enter any orders or notations necessary to reflect the fact that the judgments have been fully satisfied and to release BNSF from its bond filed to supersede the judgment on appeal.

Dated: March 15, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ Nicholas D. Thompson | /s/ Bryan P. Neal |
| Nicholas D. Thompson | Bryan P. Neal |
| CASEY JONES LAW | Holland & Knight LLP |
| 3520 Cherryvale Avenue, Unit 83 | One Arts Plaza |
| Appleton, WI 54913 | 1722 Routh Street, Suite 1500 |
| Telephone: (757) 477-0991 | Dallas, Texas 75201 |
| Email: nthompson@caseyjones.law | Telephone:   (214) 969-1700 |
| | Facsimile:    (214) 969-1751 |
| ATTORNEY FOR PLAINTIFF BRANDON FRESQUEZ | Email: Bryan.Neal@tklaw.com |
| | ATTORNEYS FOR DEFENDANT BNSF RAILWAY CO. |